1  SILVANO B. MARCHESI (SBN 42965)
   County Counsel
2  JANET L. HOLMES (SBN 107639)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
4  Martinez, California 94553
   Telephone: (925) 335-1800
5  Facsimile: (925) 335-1866
   email: jholm@cc.cccounty.us
6
   Attorneys for Defendant
7  CONTRA COSTA MEDICAL SERVICES
   REGIONAL MEDICAL CENTER
8

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13

14  C. ROBERT PETTIT, M.D.,              No. C 07 3358 JL

15          Plaintiff                    ANSWER TO COMPLAINT and REQUEST
                                         FOR JURY TRIAL
16  v.

17  CONTRA COSTA MEDICAL SERVICES
    REGIONAL MEDICAL CENTER and
18  DOES ONE THROUGH TWENTY,
    Inclusive,
19
            Defendants.
20
            Defendant Contra Costa County (sued erroneously as "Contra Costa Medical Services
21
    Regional Medical Center") in response to plaintiff's unverified complaint, admits, denies and
22
    alleges as follows:
23
                                  ANSWER
24
    1.    Responding to the first numbered paragraph of plaintiff's complaint, Defendant admits
25
          that subject matter and jurisdiction is proper in this court.
26
    2.    Responding to the second numbered paragraph of plaintiff's complaint, Defendant
27
          denies the allegations based on lack of information and belief.
28

3.    Responding to the third numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

4.    Responding to the fourth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

5.    Responding to the fifth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

6.    Responding to the sixth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

7.    Responding to the seventh numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

8.    Responding to the eighth numbered paragraph of plaintiff's complaint, Defendant admits the allegations.

9.    Responding to the ninth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

10.   Responding to the tenth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

11.   Responding to the eleventh numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

12.   Responding to the twelfth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

13.   Responding to the thirteenth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

14.   Responding to the fourteenth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

15.   Responding to the fifteenth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

16.   Responding to the sixteenth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

17.    Responding to the seventeenth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

18.    Responding to the eighteenth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

19.    Responding to the nineteenth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

20.    Responding to the twentieth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

21.    Responding to the twenty-first numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

22.    Responding to the twenty-second numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

23.    Responding to the twenty-third numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

24.    Responding to the twenty-fourth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

25.    Responding to the twenty-fifth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

26.    Responding to the twenty-sixth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

27.    Responding to the twenty-seventh numbered paragraph of plaintiff's complaint, Defendants deny the allegations based on lack of information and belief.

28.    Responding to the twenty-eighth numbered paragraph of plaintiff's complaint, Defendant  denies the allegations.

29.    Responding to the twenty-ninth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

30.    Responding to the thirtieth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

1    31.    Responding to the thirty-first numbered paragraph of plaintiff's complaint, Defendant
2            denies the allegations based on lack of information and belief.
3    32.    Responding to the thirty-second numbered paragraph of plaintiff's complaint,
4            Defendant denies the allegations based on lack of information and belief.
5    33.    Responding to the thirty-third numbered paragraph of plaintiff's complaint, Defendant
6            denies the allegations.
7    34.    Responding to the thirty-fourth numbered paragraph of plaintiff's complaint, Defendant
8            denies the allegations.
9    35.    Responding to the thirty-fifth numbered paragraph of plaintiff's complaint, Defendant
10           denies the allegations.
11   36.    Responding to the thirty-sixth numbered paragraph of plaintiff's complaint, Defendant
12           denies the allegations.
13   37.    Responding to the thirty-seventh numbered paragraph of plaintiff's complaint,
14           Defendant denies the allegations.
15   38.    Responding to the thirty-eighth numbered paragraph of plaintiff's complaint, Defendant
16           denies the allegations based on lack of information and belief.
17   39.    Responding to the thirty-ninth numbered paragraph of plaintiff's complaint, Defendant
18           denies the allegations based on lack of information and belief.
19   40.    Responding to the fortieth numbered paragraph of plaintiff's complaint, Defendant
20           denies the allegations.
21   41.    Responding to the forty-first numbered paragraph of plaintiff's complaint, Defendant
22           denies the allegations based on lack of information and belief.
23   42.    Responding to the forty-second numbered paragraph of plaintiff's complaint, Defendant
24           denies the allegations based on lack of information and belief.
25   43.    Responding to the forty-third numbered paragraph of plaintiff's complaint, Defendant
26           denies the allegations.
27   44.    Responding to the forty-fourth numbered paragraph of plaintiff's complaint, Defendant
28           denies the allegations based on lack of information and belief.

45.  Responding to the forty-fifth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

46.  Responding to the forty-sixth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

47.  Responding to the forty-seventh numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

48.  Responding to the forty-eighth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

49.  Responding to the forty-ninth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

50.  Responding to the fiftieth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

51.  Responding to the fifty-first numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

52.  Responding to the fifty-second numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

53.  Responding to the fifty-third numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

54.  Responding to the fifty-fourth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

55.  Responding to the fifty-fifth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief..

56.  Responding to the fifty-sixth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

57.  Responding to the fifty-seventh numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

58.  Responding to the fifty-eighth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

59.   Responding to the fifty-ninth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

60.   Responding to the sixtieth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

61.   Responding to the sixty-first numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

62.   Responding to the sixty-second numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

63.   Responding to the sixty-third numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

64.   Responding to the sixty-fourth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

65.   Responding to the sixty-fifth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

66.   Responding to the sixty-sixth numbered paragraph of plaintiff's complaint, as to the first sentence, Defendant admits the allegations.  As to the second sentence, Defendant denies the allegations.

67.   Responding to the sixty-seventh numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

68.   Responding to the sixty-eighth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

69.   Responding to the sixty-ninth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

70.   Responding to the seventieth numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

71.   Responding to the seventy-first numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

72.   Responding to the seventy-second numbered paragraph of plaintiff's complaint,

1          Defendant denies the allegations based on lack of information and belief.

2    73.   Responding to the seventy-third numbered paragraph of plaintiff's complaint,

3          Defendant denies the allegations.

4    74.   Responding to the seventy-fourth numbered paragraph of plaintiff's complaint,

5          Defendant denies the allegations based on lack of information and belief.

6    75.   Responding to the seventy-fifth numbered paragraph of plaintiff's complaint, Defendant

7          denies the allegations based on lack of information and belief.

8    76.   Responding to the seventy-sixth numbered paragraph of plaintiff's complaint,

9          Defendant denies the allegations.

10   77.   Responding to the seventy-seventh numbered paragraph of plaintiff's complaint,

11         Defendant denies the allegations based on lack of information and belief.

12   78.   Responding to the seventy-eighth numbered paragraph of plaintiff's complaint,

13         Defendant denies the allegations.

14   79.   Responding to the seventy-ninth numbered paragraph of plaintiff's complaint,

15         Defendant denies the allegations.

16   80.   Responding to the eightieth numbered paragraph of plaintiff's complaint, Defendant

17         denies the allegations.

18   81.   Responding to the eighty-first numbered paragraph of plaintiff's complaint, Defendant

19         denies the allegations based on lack of information and belief.

20   82.   Responding to the eighty-second numbered paragraph of plaintiff's complaint,

21         Defendant admits the allegations.

22   83.   Responding to the eighty-third numbered paragraph of plaintiff's complaint, Defendant

23         denies the allegations.

24   84.   Responding to the eighty-fourth numbered paragraph of plaintiff's complaint,

25         Defendant denies the allegations.

26   85.   Responding to the eighty-fifth numbered paragraph of plaintiff's complaint, Defendant

27         denies the allegations.

28   86.   Responding to the eighty-sixth numbered paragraph of plaintiff's complaint, Defendant

1    denies the allegations based on lack of information and belief.

2    87.    Responding to the eighty-seventh numbered paragraph of plaintiff's complaint,

3    Defendant denies the allegations.

4    88.    Responding to the eighty-eighth numbered paragraph of plaintiff's complaint,

5    Defendant denies the allegations.

6    89.    Responding to the eighty-ninth numbered paragraph of plaintiff's complaint, Defendant

7    denies the allegations.

8    90.    Responding to the ninetieth numbered paragraph of plaintiff's complaint, Defendant

9    denies the allegations based on lack of information and belief.

10    91.    Responding to the ninety-first numbered paragraph of plaintiff's complaint, Defendant

11    admits the allegations.

12    92.    Responding to the ninety-second numbered paragraph of plaintiff's complaint,

13    Defendant denies the allegations based on lack of information and belief.

14    93.    Responding to the ninety-third numbered paragraph of plaintiff's complaint, Defendant

15    denies the allegations.

16    94.    Responding to the ninety-fourth numbered paragraph of plaintiff's complaint,

17    Defendant denies the allegations.

18    95.    Responding to the ninety-fifth numbered paragraph of plaintiff's complaint, Defendant

19    denies the allegations.

20    96.    Responding to the ninety-sixth numbered paragraph of plaintiff's complaint, Defendant

21    denies the allegations.

22    97.    Responding to the ninety-seventh numbered paragraph of plaintiff's complaint,

23    Defendant denies the allegations based on lack of information and belief.

24    98.    Responding to the ninety-eighth numbered paragraph of plaintiff's complaint,

25    Defendant denies the allegations.

26    99.    Responding to the ninety-ninth numbered paragraph of plaintiff's complaint, Defendant

27    denies the allegations.

28    100.    Responding to the one hundredth numbered paragraph of plaintiff's complaint,

Defendant denies the allegations based on lack of information and belief.

101.    Responding to the one hundred-first numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

102.    Responding to the one hundred-second numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

103.    Responding to the one hundred-third numbered paragraph of plaintiff's complaint, Defendant denies the allegations based on lack of information and belief.

104.    Responding to the one hundred-fourth numbered paragraph of plaintiff's complaint, Defendant denies the allegations.

AFFIRMATIVE DEFENSES

105.    AS A FIRST SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that the allegations fail to state any claim upon which relief can be granted.

106.    AS A SECOND SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that it is protected by public entity and statutory immunities.

107.    AS A THIRD SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that plaintiff's claims are barred by the doctrines of waiver, estoppel and laches.

108.    AS A FOURTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that at all times herein mentioned, all actions taken by defendants and employees were reasonable under the circumstances and taken under a good faith belief that the actions were lawful and defendants and employees are therefore immune under the Good Faith Immunity Doctrine.

109.    AS A FIFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that

it is immune from liability, and cannot be held liable for any injury that may have been sustained by plaintiff, which injury Defendant specifically denies, and that Defendant and employees were at all relevant times performing duties in an objectively reasonable manner, within lawful responsibilities, and are therefore immune from suit.

110. AS A SIXTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that each claim and cause of action is barred by the failure of plaintiff to exhaust all available administrative remedies, including but not limited to those available through defendant Contra Costa County.

111. AS A SEVENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that in the event that the trier of fact finds any liability on the part of this answering Defendant, which liability is herein denied, answering Defendant will seek the benefit of several liability for non-economic damages as provided in Civil Code sections 1431 through and including 1431.5.

112. AS AN EIGHTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, this public entity defendant alleges that it cannot be found liable for punitive damages pursuant to Government Code section 818.

113. AS A NINTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that as to any state law claims, each cause of action is barred under the provisions of Government Code section 910, et seq., and Code of Civil Procedure section 313 for failure to comply with requirements of filing a timely and sufficient tort claim and failure to set forth in any tort claim filed the facts and theories that are set forth in the pending Complaint.

114. AS A TENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges

1  that the negligence of others, if any, was greater than the negligence of Defendant, if

2  in fact Defendant was negligent, and the liability, if any, of said answering Defendant

3  should be diminished in direct proportion to the fault, if any, attributable to others as

4  compared with that of said answering Defendant.

5  115.  AS AN  ELEVENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to

6  said Complaint, and each and every cause of action set forth therein, Defendant

7  alleges that it is immune pursuant to Government Code sections 815 and 815.2.

8  116.  AS A TWELFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said

9  Complaint, and each and every cause of action set forth therein, Defendant alleges it

10  is immune pursuant to Government Code section 815.6 for exercise of any mandatory

11  duty when reasonable diligence was used in discharging that duty.

12  117.  AS A THIRTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to

13  said Complaint, and each and every cause of action set forth therein, Defendant

14  alleges that it is immune pursuant to Government Code section 818.2 for adopting or

15  failing to adopt an enactment or by failing to enforce any law.

16  118.  AS A FOURTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to

17  said Complaint, and each and every cause of action set forth therein, Defendant

18  alleges that it is immune pursuant to Government Code section 818.8 for

19  misrepresentations.

20  119.  AS A FIFTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to

21  said Complaint, and each and every cause of action set forth therein, Defendant

22  alleges that it is immune pursuant to Government Code sections 820.2 and 815.2 for

23  exercise of discretion.

24  120.  AS A SIXTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to

25  said Complaint, and each and every cause of action set forth therein, Defendant

26  alleges that it is immune pursuant to Government Code sections 820.4 and 815.2 for

27  the execution or enforcement of any law.

28  121.  AS A SEVENTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

to said Complaint, and each and every cause of action set forth therein, Defendant alleges that it is not liable to the plaintiff pursuant to Government Code sections 820.6 and 815.2.

122.    AS A EIGHTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that any and all culpable acts, omissions, or conduct, if any, which allegedly caused the injuries and damages sought in the Complaint on file in this action, were caused by third parties and therefore answering Defendant is not liable to the plaintiff pursuant to Government Code sections 820.8 and 815.2.

123.    AS A NINETEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant denies it discriminated in any way against Plaintiff, and instead alleges that legitimate, non-discriminatory, valid, reasonable and good faith reasons supported each and every decision made by Defendant and its employees in the exercise of legitimate managerial discretion.

124.    AS A TWENTIETH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that it is not liable to the plaintiff pursuant to Government Code sections 815.2 and 821.6.

125.    AS A TWENTY-FIRST SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that it is not liable to the plaintiff pursuant to Government Code sections 815.2 and  822.2.

126.    AS A TWENTY-SECOND SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that it is immune pursuant to Civil Code section 47(a) and Government Code section 815.2

127.    AS A TWENTY-THIRD SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

to said Complaint, and each and every cause of action set forth therein, Defendant alleges that non-discriminatory, business necessity warranted actions taken with respect to plaintiff's contract.

128.  AS A TWENTY-FOURTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that it and its employees are immune from liability pursuant to the provisions of sections 810 through 895.8 of the California Government Code.

129.  AS A TWENTY-FIFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that plaintiff's action, and claims alleged therein, are barred by the provisions of Code of Civil Procedure section 340(3), 342, and every other limitations period applicable to each and every cause of action alleged in the complaint.

130.  AS A TWENTY-FIFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that Plaintiff cannot obtain as a remedy under the allegations asserted any of statutory, punitive damages, prejudgment interest or other non-compensatory damages.

131.  AS A TWENTY-SIXTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, Defendant alleges that the complaint, and causes of action alleged therein are barred by the doctrines of collateral estoppel and res judicata.

132.  AS A TWENTY-SEVENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, Defendant alleges that it validly terminated the contract at issue, in accordance with the terms of the contract.

133.  AS A TWENTY-EIGHTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, Defendant alleges that Plaintiff is guilty of unclean hands and therefor cannot recover in this lawsuit.

134.  AS A TWENTY-NINTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, Defendant alleges that the actions alleged by Plaintiff in the

Complaint do not give rise to protection under any "whistleblowing" statute.

135.    AS A THIRTIETH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, Defendant alleges that it and its employees acted at all times in good faith, and without any discriminatory motive or animus.

136.    AS A THIRTY-FIRST SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, and each and every cause of action set forth therein, Defendant alleges that Plaintiff himself was responsible for any alleged damage or injury, which damage and injury are specifically denied by Defendants.

105.    AS A THIRTY-SECOND SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, Defendant alleges that the complaint, and causes of action alleged therein are barred the failure of Plaintiff to comply with statutory requirements and prerequisites to support the causes of action alleged, and each of them.

106.    AS A THIRTY-THIRD SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, Defendants allege that Plaintiff independently and voluntarily relinquished rights under any contract, and therefore the instant claims are barred.

107.    AS A THIRTY-FOURTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, Defendant and its employees were justified and privileged in doing each of the things alleged to have been done, to the extent such things were done at all.

108.    AS A THIRTY-FIFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to said Complaint, Defendant asserts that Plaintiff's claims are barred, in whole or in part, by virtue of the provisions of the California Workers' Compensation Act, Labor Cod section 3600, et seq., which provides the exclusive remedy for Plaintiff's claims.

WHEREFORE, Defendant prays for the following relief:

a.    That plaintiff take nothing by his Complaint and that Defendant be dismissed;

b.    That Defendant be awarded costs;

1    c.    That Defendant be awarded attorneys fees; and

2    d.    For such other relief that the court deems just and proper.

3

4                              JURY REQUEST

5    Defendant requests a trial by jury.

6

7

8    DATED: July 27, 2007                    SILVANO B. MARCHESI
                                              COUNTY COUNSEL
9

10

11                                           By:_____
                                                 JANET L. HOLMES
12                                               Deputy County Counsel
                                                 Attorneys for Defendant
13                                               CONTRA COSTA COUNTY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

ANSWER TO COMPLAINT - C 07 3358 JL                                        15