**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Pettit, | 07-03358 JSW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Contra Costa Medical Services Regional Medical Center, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Peter W. Sherwood**
Ninth Circuit Court of Appeals
95 7th St.
San Francisco, CA 94103
415-355-7909

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03358 JSW MED                                  - 1 -

1     Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: September 24, 2007

                                    RICHARD W. WIEKING
                                    Clerk
                                    by:    Claudia M. Forehand

                                    ADR Case Administrator
                                    415-522-2059
                                    Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-03358 JSW MED                      - 2 -