# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Pettit, | 07-03358 JSW MED |
| Plaintiff(s), | **Notice of Appointment of Co-Mediator** |
| v. | |
| Contra Costa Medical Services Regional Medical Center, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the following Mediator is assigned to this case is as co-mediator, to serve with the previously appointed Mediator, Peter W. Sherwood:

**Gary Bean**
Gary E. Bean M.D., M.P.H., M.B.A., F.A.A.P.
4180 Park Boulevard
Oakland, CA 94602
510-384-2512
drbean@glenviewpeds.com; mrbean@covad.net

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The Co-mediators will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the Co-mediators to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Co-Mediator**
07-03358 JSW MED                       - 1 -

1

2     Counsel are reminded that the written mediation statements required by the ADR

3 L.R. 6-7 shall NOT be filed with the court.

4

5 Dated: October 1, 2007

6                                               RICHARD W. WIEKING
                                              Clerk

7                                               by:    Claudia M. Forehand

8

9                                               ADR Case Administrator
                                              415-522-2059

10                                               Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Appointment of Co-Mediator**
07-03358 JSW MED                              - 2 -