1  SILVANO B. MARCHESI (SBN 42965)
   County Counsel
2  JANET L. HOLMES (SBN 107639)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
4  Martinez, California 94553
   Telephone: (925) 335-1800
5  Facsimile: (925) 335-1866
   email: jholm@cc.cccounty.us
6
   Attorneys for Defendant
7  CONTRA COSTA MEDICAL SERVICES
   REGIONAL MEDICAL CENTER
8
9  Rand L. Stephens
   Law Offices of Rand L. Stephens
10 1125 "B" Arnold Drive, Suite 278
   Martinez, CA 94553
11 Telephone: 510.232.9335
   Electronic Mail: rand@randslaw.com
12
   Attorney for plaintiff
13 C. ROBERT PETTIT, M.D.
14
15           UNITED STATES DISTRICT COURT
16          NORTHERN DISTRICT OF CALIFORNIA
17
18
19 C. ROBERT PETTIT, M.D.,          No. 3:07-cv-03358 JSW
20          Plaintiff              JOINT CASE MANAGEMENT
                                   CONFERENCE STATEMENT
21 v.
22 CONTRA COSTA MEDICAL SERVICES
   REGIONAL MEDICAL CENTER and
23 DOES ONE THROUGH TWENTY,
   Inclusive,
24
          Defendants.
25
26   1. JURISDICTION AND SERVICE
27      Jurisdiction is conferred as plaintiff has asserted a claim of age discrimination in
28 violation of 29 U.S.C. 621, et seq (ADEA). Both plaintiff and defendant are alleged to be
   residents of the district served by the court. All named parties have been served and have

1 appeared.

2 ## 2. FACTS

3    Plaintiff C. Robert Pettit, M.D. entered into a contract for service with Defendant

4 Contra Costa County. Dr. Pettit was to perform medical services for patients of Contra Costa

5 County, and was, until terminated, paid for these services. Dr. Pettit's contract was terminated

6 by Contra Costa county; Plaintiff alleges the termination did not comply with the terms of the

7 contract. Dr. Pettit contends the contract was wrongfully terminated as a result of his

8 "whistleblowing" activities, in violation of public policy, and as a result of age discrimination.

9 Defendant denies these allegations and alleges the contract was terminated according to the

10 contract terms.

11 ## 3. LEGAL ISSUES

12    Legal issues include whether plaintiff can meet his burden of proof to show protection

13 under the whistleblowing statute (state and federal); whether plaintiff can prove, and defendant

14 can rebut, a prima facie case of age discrimination; whether plaintiff can prove a case for

15 public policy violation; and whether plaintiff can show a violation of the implied covenant of

16 good faith and fair dealing or a breach of contract

17 ## 4. MOTIONS

18    There are no motions currently pending. Defendant anticipates filing a motion for

19 summary judgment or partial summary judgment

20 ## 5. AMENDMENT OF PLEADINGS

21    No amendments are currently anticipated.

22 ## 6. EVIDENCE PRESERVATION.

23    Defendants and Plaintiff have taken steps to preserve evidence.

24 ## 7. DISCLOSURES

25    The parties are in the process of preparing and exchanging Initial Disclosures, pursuant

26 to Fed. R. Civ. P. 26 and have met and conferred on the subject..

27 ## 8. DISCOVERY

28    No discovery has been commenced. The parties propose discovery limits per Federal

Ruled of Civil Procedure. Non-expert discovery to be completed by March 7, 2008.    Expert

1  discovery to be completed by July 1, 2008.

2      9. CLASS ACTIONS

3      Not applicable.

4      10. RELATE CASES

5      Not applicable.

6      11. RELIEF

7      Plaintiff seeks reinstatement; contract and compensatory damages (back pay and front

8  pay) in the amount of $335,250; general damages in the amount of $200,00; punitive damages

9  in an amount according to proof, and attorney fees and costs in the amount of $100,000.

10      12. SETTLEMENT AND ADR

11      The parties have agreed to pursue ADR in the form of mediation through the Court's

12  mediation program.   The parties agree they would benefit from taking a preliminary

13  deposition of plaintiff prior to ADR. The Court has assigned this case to mediation which

14  should be completed by the end of 2007.

15      13. CONSENT TO MAGISTRATE JUDGE

16      The parties do not consent to magistrate judge for all purposes, and have filed

17  appropriate declination of magistrate documentation. The Court has reassigned the case to the

18  Honorable JEFFREY S. WHITE.

19      14. OTHER REFERENCES

20      No other reference appear appropriate at this time.

21      15. NARROWING OF ISSUES

22      None appears appropriate at this time.

23      16. EXPEDITED SCHEDULE

24      An expedited schedule does not appear appropriate at this time.

25      17. SCHEDULING

26      Proposed Expert Disclosure: May 16, 2008

27      Proposed Expert Discovery Cutoff: July 1, 2008

28      Proposed hearing date for dispositive motions: April 16, 2008

       Proposed Pretrial conference date: June 11, 2008

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
C 07 3358 JL                                                    3

1    Proposed Trial Date: August 11, 2008

2    18.  TRIAL

3    The parties request a jury trial, and anticipate it will consume 5 to 7 court days.

4    19. DISCLOSURE ON NON-PARTY INTERESTED ENTITIES OR PERSONS

5    None.

6    20.  OTHER MATTERS

7    None.

8

9    DATED:  October 15, 2007                    SILVANO B. MARCHESI
                                                  COUNTY COUNSEL
10

11

12

13    By: _____
                JANET L. HOLMES
14              Deputy County Counsel
                Attorneys for Defendant
15              CONTRA COSTA MEDICAL
                SERVICES REGIONAL MEDICAL
16              CENTER

17    By: _____
18              RAND L. STEPHENS
                Attorney for Plaintiff,
19              C. ROBERT PETTIT

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
C 07 3358 JL                                                          4

1    Proposed Trial Date: August 11, 2008

2    18. TRIAL

3    The parties request a jury trial, and anticipate it will consume 5 to 7 court days.

4    19. DISCLOSURE ON NON-PARTY INTERESTED ENTITIES OR PERSONS

5    None.

6    20. OTHER MATTERS

7    None.

8

9    DATED: October 15, 2007                    SILVANO B. MARCHESI
                                                COUNTY COUNSEL
10

11

12
                                        By:_____
13                                          JANET L. HOLMES
                                            Deputy County Counsel
14                                          Attorneys for Defendant
                                            CONTRA COSTA MEDICAL
15                                          SERVICES REGIONAL MEDICAL
                                            CENTER
16
                                            Rand L. Stephens
17                                      By:_____
                                            RAND L. STEPHENS
18                                          Attorney for Plaintiff,
                                            C. ROBERT PETTIT
19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
C 07 3358 JL                                                                    4