# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: October 19, 2007

Case No.    C 07-3358 JSW            Judge: JEFFREY S. WHITE

Title: ROBERT PETTIT -v- CONTRA COSTA MEDICAL SERVICES

Attorneys:  Plf: Rand Stevens
            Dft: Janet Holmes

Deputy Clerk:  Anthony Bowser  Court Reporter: Catherine Powell

## PROCEEDINGS

1)   Initial Case Management Conference

2)

3)

## ORDERED AFTER HEARING:

Counsel instructed by court to meet and confer with clients re revisiting Consent to Proceed before Magistrate Judge, and to submit notice of intent not later than 10/26/2007;

Discovery stayed pending further mediation, except for one deposition to be taken by plaintiff;

Matter referred to Court-sponsored mediation,  to be completed by 12/31/2007;

Further CMC to be heard 1:30 pm on 1/11/2008;