October 26, 2007

Hon. Jeffrey S. White
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 2, 17th Floor
San Francisco, CA 94102

      RE:   *C. Robert Pettit v. Contra Costa Medical Services Regional Medical Center and Does One Through Twenty, Inclusive*
            United States District Court No. C 07 3358 JL

Dear Judge White:

    In response to your request that the parties reconsider the declination of referral to a magistrate judge, plaintiff's counsel has informed me, that after careful consideration, plaintiff declines to stipulate to trial by a magistrate judge.

    Thank you.

                                   Very truly yours,

                                   SILVANO B. MARCHESI
                                   COUNTY COUNSEL

                                     /S/
                              By: _____
                                 Janet L. Holmes
                                 Deputy County Counsel

JLH:pw
cc:  Rand L. Stephens