1  RAND L. STEPHENS SBN 117229
   LAW OFFICES OF RAND L. STEPHENS
2  1155 C ARNOLD DR. #278
   MARTINEZ, CA. 94553
3  (510) 232-9335
   rand@randslaw.com
4
   Attorney for Plaintiff
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   C. ROBERT PETTIT, M.D.           | Case No.: CV 07-03358 JSW
12
            Plaintiff,              | NOTICE OF ADDRESS CHANGE FOR
13                                  | ATTORNEY OF RECORD AND LAW FIRM
       vs.
14
   CONTRA COSTA MEDICAL SERVICES
15 REGIONAL MEDICAL CENTER and DOES
   ONE THROUGH TWENTY, Inclusive
16
            Defendants.
17

18  _____

19
   To All Parties herein and their attorney(s) of record:
20
       PLEASE TAKE NOTICE that attorney Rand L. Stephens is changing his mailing address
21
   and the address of the LAW OFFICES OF RAND L. STEPHENS as follows:
22
       Law Offices of Rand L. Stephens
23     **1155 C Arnold Drive, #278**
       Martinez, CA 94553
24

25  //

Notice of Change of Address - 1

Dated: November 17, 2007

By _____
RAND L. STEPHENS, Attorney at Law
LAW OFFICES OF RAND L. STEPHENS

Notice of Change of Address - 2

# PROOF OF SERVICE

I hereby declare that I am over the age of eighteen years and not a party to the within entitled cause. I am employed in the County of Contra Costa, State of California, and my business address is 1155 C Arnold Dr. #278, Martinez, California, 94553.

On the date stated below, I served the following documents:

NOTICE OF ADDRESS CHANGE FOR ATTORNEY OF RECORD AND LAW FIRM

addressed to:

Janet L. Holmes, Deputy County Counsel
County of Contra Costa
651 Pine Street, 9th Floor
Martinez, CA 94553

_X_   (BY MAIL.)   Placing the envelope for collection and mailing on the date and at the place shown below following our ordinary business practices. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid on the date below.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Richmond, California, on November 27, 2007.

Suzanne Koppelson

Notice of Change of Address - 3