# UNITED STATES DISTRICT COURT

## Northern District of California

Pettit,

No. C 07-03358 JSW MED

Plaintiff(s),

**Certification of ADR Session**

v.

Contra Costa Medical Services Regional

Medical Center,

Defendant(s).

*Instructions:* **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) _____11/26/07_____

2. Did the case settle?     ☐ fully     ☐ partially     ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?     ☒ YES     ☐ NO**

Dated:     _____12/7/07_____          *Pettshn*

**Mediator, Peter W. Sherwood**
Circuit Mediation Office
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

**Certification of ADR Session**

United States District Court
Northern District of California