SILVANO B. MARCHESI (SBN 42965)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
email: jholm@cc.cccounty.us

Attorneys for Defendant
CONTRA COSTA MEDICAL SERVICES
REGIONAL MEDICAL CENTER


Rand L. Stephens
Law Offices of Rand L. Stephens
1125 "B" Arnold Drive, Suite 278
Martinez, CA 94553
Telephone: 510.232.9335
Electronic Mail: rand@randslaw.com

Attorney for plaintiff
C. ROBERT PETTIT, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. ROBERT PETTIT, M.D.,<br><br>Plaintiff<br><br>v.<br><br>CONTRA COSTA MEDICAL SERVICES REGIONAL MEDICAL CENTER and DOES ONE THROUGH TWENTY, Inclusive,<br><br>Defendants. | No. C 07 3358 JSW<br><br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT |

## 1. JURISDICTION AND SERVICE

Jurisdiction is conferred as plaintiff has asserted a claim of age discrimination in violation of 29 U.S.C. 621, et seq (ADEA). Both plaintiff and defendant are alleged to be residents of the district served by the court. All named parties have been served and have

appeared.

2. FACTS

Plaintiff Robert Pettit, M.D. entered into a contract for service with Defendant Contra Costa County. Dr. Pettit was to perform medical services for patients of Contra Costa County, and was paid for these services. Dr. Pettit's contract was terminated, under the terms of the contract. Dr. Pettit contends the contract was wrongfully terminated as a result of his "whistleblowing" activities, in violation of public policy, and as a result of age discrimination. Defendant denies these allegations.

3. LEGAL ISSUES

Legal issues include whether plaintiff can meet his burden of proof to show protection under the whisteblowing statute (state and federal); whether plaintiff can prove, and defendant can rebut, a prima facie case of age discrimination; whether plaintiff can prove a case for public policy violation; and whether plaintiff can show a violation of the implied covenant of good faith and fair dealing or a breach of contract

4. MOTIONS

There are no motions currently pending. Defendant anticipates filing a motion for summary judgment or partial summary judgment

5. AMENDMENT OF PLEADINGS

No amendments are currently anticipated.

6. EVIDENCE PRESERVATION.

Defendants have taken steps to preserve evidence.

7. DISCLOSURES

The parties are in the process of preparing and exchanging Initial Disclosures, pursuant to Fed. R. Civ. P. 26.

8. DISCOVERY

No discovery has been commenced. The parties propose discovery limits per Federal Ruled of Civil Procedure. Non-expert discovery to be completed by   .   Expert discovery to be completed by   .

9. CLASS ACTIONS

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
C 07 3358 JL

2

Not applicable.

### 10. RELATE CASES

Not applicable.

### 11. RELIEF

Plaintiff seeks contract and compensatory damages (back pay and front pay), general damages, reinstatement, punitive damages and attorney fees and costs.

NEED TO INSERT DAMAGES CALCULATIONS AND CASES.

### 12. SETTLEMENT AND ADR

This matter was mediated on November 26, 2007, before court appointed mediators Peter Sherwood and Gary Bean, M.D. The case did not settle.

### 13. CONSENT TO MAGISTRATE JUDGE

The parties do not consent to magistrate judge for all purposes, and have filed appropriate documentation.

### 14. OTHER REFERENCES

No other reference appear appropriate at this time.

### 15. NARROWING OF ISSUES

None appears appropriate at this time.

### 16. EXPEDITED SCHEDULE

An expedited schedule does not appear appropriate at this time.

### 17. SCHEDULING

Proposed Expert Disclosure:

Proposed Expert Discovery Cutoff:

Proposed hearing date for dispositive motions:

Proposed Pretrial conference date:

Proposed Trial Date:

### 18. TRIAL

The parties request a jury trial, and anticipate it will consume 5 to 7 court days.

### 19. DISCLOSURE ON NON-PARTY INTERESTED ENTITIES OR PERSONS

None.

20. OTHER MATTERS

None.

DATED: January 7, 2008

SILVANO B. MARCHESI
COUNTY COUNSEL

By: /s/ Janet L. Holmes
JANET L. HOLMES
Deputy County Counsel
Attorneys for Defendant
CONTRA COSTA MEDICAL
SERVICES REGIONAL MEDICAL
CENTER

DATED:

LAW OFFICES OF RAND L. STEPHENS

By: /s/
RAND L. STEPHENS
Attorney for plaintiff
C. ROBERT PETTIT, M.D.