SILVANO B. MARCHESI (SBN 42965)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
email: jholm@cc.cccounty.us

Attorneys for Defendant
CONTRA COSTA MEDICAL SERVICES
REGIONAL MEDICAL CENTER

Rand L. Stephens
Law Offices of Rand L. Stephens
1125 "B" Arnold Drive, Suite 278
Martinez, CA 94553
Telephone: 510.232.9335
Electronic Mail: rand@randslaw.com

Attorney for plaintiff
C. ROBERT PETTIT, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. ROBERT PETTIT, M.D.,<br><br>Plaintiff<br><br>v.<br><br>CONTRA COSTA MEDICAL SERVICES REGIONAL MEDICAL CENTER and DOES ONE THROUGH TWENTY, Inclusive,<br><br>Defendants. | No. C 07 3358 JSW<br><br>AMENDED JOINT CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date: January 11, 2008<br>Time: 1:30 p.m.<br>Location: United States District Court<br>450 Golden Gate Avenue<br>Courtroom 2, 17th Floor<br>San Francisco, CA 94102 |

1. JURISDICTION AND SERVICE

Jurisdiction is conferred as plaintiff has asserted a claim of age discrimination in violation of 29 U.S.C. 621, et seq (ADEA). Both plaintiff and defendant are alleged to be

residents of the district served by the court. All named parties have been served and have appeared.

2. FACTS

Plaintiff Robert Pettit, M.D. entered into a contract for service with Defendant Contra Costa County. Dr. Pettit was to perform medical services for patients of Contra Costa County, and was paid for these services. Dr. Pettit's contract was terminated by Contra Costa County; Plaintiff alleges the termination did not comply with the terms of the contract. Dr. Dr. Pettit contends the contract was wrongfully terminated as a result of his "whistleblowing" activities, in violation of public policy, and as a result of age discrimination. Defendant denies these allegations and alleges the contract was terminated according to the contract terms.

3. LEGAL ISSUES

Legal issues include whether plaintiff can meet his burden of proof to show protection under the whisteblowing statute (state and federal); whether plaintiff can prove, and defendant can rebut, a prima facie case of age discrimination; whether plaintiff can prove a case for public policy violation; and whether plaintiff can show a violation of the implied covenant of good faith and fair dealing or a breach of contract

4. MOTIONS

There are no motions currently pending. Defendant anticipates filing a motion for summary judgment or partial summary judgment.

5. AMENDMENT OF PLEADINGS

No amendments are currently anticipated.

6. EVIDENCE PRESERVATION.

Defendants have taken steps to preserve evidence.

7. DISCLOSURES

The parties have exchanged Initial Disclosures, pursuant to Fed. R. Civ. P. 26 and have met and conferred on the subject.

8. DISCOVERY

No discovery has been commenced. The parties propose discovery limits per Federal Ruled of Civil Procedure. Non-expert discovery to be completed by April 7, 2008. Expert discovery to be completed by July 1, 2008.

9. CLASS ACTIONS

Not applicable.

10. RELATE CASES

Not applicable.

11. RELIEF

Plaintiff seeks reinstatement; contract and compensatory damages (back pay and front pay) in the amount of $335,250; general damages in the amount of $200,000; punitive damages in an amount according to proof, and attorney fees and costs in the amount of $100,000.

12. SETTLEMENT AND ADR

This matter was mediated on November 26, 2007, before court appointed mediators Peter Sherwood and Gary Bean, M.D. The case did not settle.

13. CONSENT TO MAGISTRATE JUDGE

The parties do not consent to magistrate judge for all purposes, and have filed appropriate documentation. The court has reassigned this case to the Hon. Jeffrey S. White.

14. OTHER REFERENCES

No other reference appear appropriate at this time.

15. NARROWING OF ISSUES

None appears appropriate at this time.

16. EXPEDITED SCHEDULE

An expedited schedule does not appear appropriate at this time.

17. SCHEDULING

Proposed Expert Disclosure: June 4, 2008.

Proposed Expert Discovery Cutoff: July 1, 2008.

1     Proposed hearing date for dispositive motions: May 21, 2008.

2     Proposed Pretrial conference date: July 16, 2008.

3     Proposed Trial Date: August 11, 2008.

4     18. TRIAL

5     The parties request a jury trial, and anticipate it will consume 5 to 7 court days.

6     19. DISCLOSURE ON NON-PARTY INTERESTED ENTITIES OR PERSONS

7     None.

8     20. OTHER MATTERS

9     None.

11     DATED: January 8, 2008          SILVANO B. MARCHESI
                                                       COUNTY COUNSEL

By: _____
    JANET L. HOLMES
    Deputy County Counsel
    Attorneys for Defendant
    CONTRA COSTA MEDICAL
    SERVICES REGIONAL MEDICAL
    CENTER

19     DATED: 1/8/2008               LAW OFFICES OF RAND L. STEPHENS

By: _____
    RAND L. STEPHENS
    Attorney for plaintiff
    C. ROBERT PETTIT, M.D.

AMENDED JOINT CASE MANAGEMENT CONFERENCE STATEMENT
C 07 3358 JL                                                                                              4