# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: January 11, 2008          **Court Reporter:**  Lydia Zinn

**CASE NO. C-07-3358  JSW**

**TITLE:  C. Robert Pettit, M.D., v. Contra Costa Medical Services, et al.,**

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**

Rand L. Stephens          Janet Holmes

**PROCEEDINGS:  Further Case Management Conference**

**RESULTS:**      **Close of fact discovery:  5-23-08**

**Expert Disclosure:  6-6-08**

**Close of Expert discovery:  7-7-08**

**Hearing on dispositive motions (if any):  8-22-08 at 9:00 a.m.**

**Pretrial Conference:  11-10-08 at 2:00 p.m.**

**Jury Trial:  12-8-08 at 8:30 a.m.  (5 - 7 days)**