| | |
|---|---|
| 1 | RAND L. STEPHENS, SBN 117229 |
| | LAW OFFICES OF RAND L. STEPHENS |
| 2 | 1155-C ARNOLD DR. #278 |
| | MARTINEZ, CA 94553 |
| 3 | (510)232-9335 |
| | Facsimile: (510)232-4633 |
| 4 | Email: rand@randslaw.com |

RICHARD N. KOSS, SBN 251351
570 EL CAMINO REAL STE 150-340
REDWOOD CITY, CA 94063
(650)722-7046
Facsimile: (650)592-3871
E-mail: richard@rkosslaw.com

Attorneys for Plaintiff:
C. ROBERT PETTIT, M.D.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. ROBERT PETTIT, M.D., | Case No.: C 07 3358 JSW |
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| vs. | |
| CONTRA COSTA MEDICAL SERVICES REGIONAL MEDICAL CENTER and DOES ONE THROUGH TWENTY, Inclusive | |
| Defendants | |

PLEASE TAKE NOTICE THAT the Law Offices of Rand L. Stephens, P.C., attorneys for the Plaintiff C. ROBERT PETTIT, M.D., hereby associate Richard N. Koss, as attorney of record for Plaintiff C. ROBERT PETTIT, M.D.:

RICHARD N. KOSS, SBN 251351
570 El Camino Real, Ste. 150-340
Redwood City, California 94063
(650)722-7046
Facsimile: (650)592-3871
E-mail: richard@rkosslaw.com

Attorney for Plaintiff

Notice of Association of Counsel - 1

1 | All pleadings, responses, correspondence, and other matters should be additionally served
2 | upon each counsel and the newly associated counsel is to be added to the service list.
3 | DATED: April 10, 2008

LAW OFFICES OF RAND L. STEPHENS

By: _____
Rand L. Stephens
Attorney for Plaintiff

10 | I agree to the above association of counsel.
11 | DATED: April 12, 2008

RICHARD N. KOSS

Notice of Association of Counsel - 2

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN MATEO

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 570 El Camino Real, Ste 150-340, Redwood City, California, 94063.

3. On April 10, 2008, I mailed from San Carlos, California the following documents (specify):

   ➢ Notice of Association of Counsel

4. **By United States mail.** I served the documents by enclosing them in a sealed envelope or package addressed to the persons at the addresses in item 4 and (*specify one*):

   (a) ☐ **deposited** the sealed envelope with the United States Postal Service with the postage fully prepaid.

   (b) ☐ **placed** the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

5. I served the documents listed above in item 3 on the following persons at the addresses listed:

   Janet Holmes, Deputy County Counsel
   County of Contra Costa
   651 Pine St., 9th Floor
   Martinez, CA  94553

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   4/10/08                  Richard N. Koss
   DATE                     (TYPE OR PRINT NAME)          (SIGNATURE OF DECLARANT)

Notice of Association of Counsel - 3