SILVANO B. MARCHESI (SBN 42965)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:   (925) 335-1866
email: jholm@cc.cccounty.us

Attorneys for Defendant
CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. ROBERT PETTIT, M.D.,<br><br>       Plaintiff,<br><br>v.<br><br>CONTRA COSTA MEDICAL SERVICES REGIONAL MEDICAL CENTER and DOES ONE THROUGH TWENTY, Inclusive,<br><br>       Defendants. | No.  C 07 3358 JSW<br><br>CERTIFICATION BY COUNSEL RE: COMPLETION OF SUPPLEMENTATION TO INITIAL DISCLOSURES AND DISCOVERY RESPONSES |

   Pursuant to Federal Rule of Procedure 26(a), Defendant Contra Costa County hereby certifies that all voluntary disclosures have been completed and no supplementation appears to be necessary.  Formal discovery is in the process of being completed.


DATED: April 24, 2008                     SILVANO B. MARCHESI
                                          COUNTY COUNSEL

                                                    /S/
                                          By:_____
                                                JANET L. HOLMES
                                                Deputy County Counsel
                                                Attorneys for Defendant
                                                CONTRA COSTA COUNTY