SILVANO B. MARCHESI (SBN 42965)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
email: jholm@cc.cccounty.us

Attorneys for Defendant
CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. ROBERT PETTIT, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA MEDICAL SERVICES REGIONAL MEDICAL CENTER and DOES ONE THROUGH TWENTY, Inclusive,<br><br>Defendants. | No. C 07 3358 JSW<br><br>DECLARATION OF MARIE HUMPHREY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT |

I, Marie Humphrey, do hereby declare:

1. I am over the age of eighteen and a resident of the State of California. I know of the matters set forth herein of my own personal knowledge, and if called upon to testify could and would competently testify thereto.

2. I have been employed by Contra Costa County since 2001. I currently serve as a senior level clerk in the Contracts and Grants Unit for the Health Services Department. I have so served since 2006. In this capacity, in the regular course of County business, I prepare for mailing and mail, as well as retrieve and open mail, for the Contracts and Grants Unit. During my career with Contra Costa County, I have processed for mailing contracts for physicians

retained by the County. Currently I primarily handle insurance certifications that are required by the County from doctors and other contractors.

3. On January 25, 2007, the original letter and envelope addressed to Dr. Pettit, that had been mailed and postmarked January 3, 2007, were returned to our office by the U.S. Postal Service as delivery "Attempted" but "unclaimed." A true and correct copy of the envelope, with the U.S. Postal Service advice, is attached hereto as Exhibit 3.

4. January 26, 2007, I re-sent, in the regular course of business, by regular U.S. Mail, the January 3, 2003 letter to Dr. Pettit in a new envelope with postage prepaid. To my knowledge, that envelope and its contents have not been returned to our office.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct and that this declaration was executed at Martinez, California on the date set forth below.

DATED: JULY 17, 2008

MARIE HUMPHREY

# EXHIBIT 3

CONTRA COSTA HEALTH SERVICES

OFFICE OF THE DIRECTOR
CONTRACTS & GRANTS
50 Douglas Drive, Suite 320-A
Martinez, California
94553-1631

RETURN RECEIPT REQUESTED

C ROBERT PETITT MD
118 COSTANZA
MARTINEZ CA 94553

U.S. POSTAGE PAID
MARTINEZ, CA
94553
JAN 03, 07
AMOUNT
$4.64
00025909-03

7006 0300 0003 4896 4356

CERTIFIED MAIL

Attempted

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   C. Robert Pettit, M.D.
   118 Costanza
   Martinez  CA  94553

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                                ☐ Agent
                                                    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 0100 0003 4896 4356

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540