1    SILVANO B. MARCHESI (SBN 42965)
County Counsel

2    JANET L. HOLMES (SBN 107639)
Deputy County Counsel

3    COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor

4    Martinez, California 94553
Telephone: (925) 335-1800

5    Facsimile: (925) 335-1866
email: jholm@cc.cccounty.us

6

Attorneys for Defendant

7    CONTRA COSTA COUNTY

8

9

10                 UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| 13    C. ROBERT PETTIT, M.D., | No. C 07 3358 JSW |
| 14           Plaintiff, | DECLARATION OF JANET HOLMES IN SUPPORT OF DEFENDANT'S MOTION |
| 15    v. | FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT |
| 16    CONTRA COSTA MEDICAL SERVICES REGIONAL MEDICAL CENTER and | |
| 17    DOES ONE THROUGH TWENTY, Inclusive, | |
| 18 | |
| 19           Defendants. | |

20       I, Janet Holmes, do hereby declare:

21       1. I am over the age of eighteen and a resident of the State of California. I know of the

22    matters set forth herein of my own personal knowledge, and if called upon to testify could and

23    would competently testify thereto.

24       2. I am an attorney duly licensed to practice before this court. I am employed as a

25    Deputy County Counsel for Contra Costa County, and have been assigned to defend the

26    County in connection with the above-referenced case.

27       3. Attached as Exhibit 4 is a true and correct copy of a document produced by

28    plaintiff's counsel during discovery in this action and Bates-stamped by plaintiff's counsel as

1  "PET 3", which document appears to be a copy of Dr. Pettit's Complaint of Discrimination

2  filed with the California Department of Fair Employment and Housing and stamped as filed

3  January 12, 2007.

4

5          I declare under penalty of perjury under the laws of the United States and California

6  that the foregoing is true and correct and that this declaration was executed at Martinez,

7  California on the date set forth below.

8

9  DATED: JULY 17, 2008

10

11                                          JANET HOLMES

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JANET HOLMES IN SUPPORT OF DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT
C 07 3358 JSW                                                                    2

# EXHIBIT 4

## * * EMPLOYMENT * * *

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # E200607 M-0905-00-ac

*DFEH USE ONLY*

### CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.) MR. CHARLES ROBERT PETTIT

TELEPHONE NUMBER (INCLUDE AREA CODE) 925-2291033

ADDRESS 118 COSTANZA Dr.

CITY/STATE/ZIP MARTINEZ CA    Contra Costa COUNTY    COUNTY CODE 94553

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME Contra Costa Regional Health Center

ADDRESS 2500 ALHAMBRA Ave    Contra Costa

CITY/STATE/ZIP MARTINEZ, CA    COUNTY CODE 94553

THE PARTICULARS ARE:

On NOV 29, 2006, I was ✓fired, ✓harassed, ✓other (specify) THREATENED WITH TERMINATION BECAUSE I REPORTED DANGEROUS/SUBSTANDARD CARE by DR RAMON BERGUER CHIEF OF SURGERY

because of my: ✓sex ✓age ✓other (specify) "WHISTLEBLOWING" PRACTICE STYLE

the reason given by DR RAMON BERGUER (M.D)

Was because of [please state what you believe to be reason(s)] I complained to a superior (M. Corcoran, M.D) ABOUT SUBSTANDARD PT CARE RELATED TO, IN PART, THE DISTANCE PHYSICIANS LIVE FROM HOSPITAL AND INABILITY/UNWILLINGNESS TO RESPOND APPROPRIATELY TO EMERGENCY ROOM CALLS/PATIENT TREATMENT

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice...

I have not been coerced into making this request...

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct...

Dated 1-11-07    COMPLAINANT'S SIGNATURE
At Martinez

DFEH-300-03 (01/05) DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING    STATE OF CALIFORNIA

DATE FILED: January 12, 2007

RECEIVED JAN 12 2007 Department of Fair Employment and Housing Oakland District Office

PET 3