SILVANO B. MARCHESI (SBN 42965)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
email: jholm@cc.cccounty.us

Attorneys for Defendant
CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. ROBERT PETTIT, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA MEDICAL SERVICES REGIONAL MEDICAL CENTER and DOES ONE THROUGH TWENTY, Inclusive,<br><br>    Defendants. | No. C 07 3358 JSW<br><br>DECLARATION OF DR. RAMON BERGUER IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT |

I, Ramon Berguer, do hereby declare:

1. I am over the age of eighteen and a resident of the State of California. I know of the matters set forth herein of my own personal knowledge, and if called upon to testify could and would competently testify thereto.

2. I have been a medical doctor since 1985. I have been board certified in Surgery since 1992. I have worked as a medical doctor with Contra Costa County since 1999. I have worked in the Health Service Department the entire time, in Surgery. Since 2004, I have served as the Chief of Surgery, and I have overseen the ENT unit during that time.

1    3. In November 2006, I discussed with Dr. Pettit my investigation that suggested that his practice style was not one that fit with the County's needs, and that there were numerous complaints about Dr. Pettit, including those detailed in the declaration of Dr. Jeff Smith. Dr. Pettit and I had a lengthy discussion. Dr. Pettit asked for an opportunity to rebut the Department of Surgery's position, which I invited him to do. Shortly thereafter, I received a letter from Dr. Pettit, which reiterated some of the complaints he had about Dr. Keating, but which did nothing to respond to the concerns the County had about Dr. Pettit's functioning as an ENT for the County.

4. On January 8, 2007, Dr. Pettit contacted me by phone for the first time since our November 29, 2007 meeting, about the "status" of the planned termination of his contract. I was surprised to receive this inquiry from him, since I believed the paperwork had already been circulated for termination, and the notice had already been sent to Dr. Pettit. On January 8, 2007, I confirmed both in the phone conversation and by letter to Dr. Pettit that the County had indeed decided to terminate the contract.

DATED: JULY 17, 2008

_____
RAMON BERGUER, M.D.