SILVANO B. MARCHESI (SBN 42965)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
email: jholm@cc.cccounty.us

Attorneys for Defendant
CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. ROBERT PETTIT, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA MEDICAL SERVICES REGIONAL MEDICAL CENTER and DOES ONE THROUGH TWENTY, Inclusive,<br><br>Defendants. | No. C 07 3358 JSW<br><br>PROPOSED ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

Defendant Contra Costa County moved for summary judgment or in the alternative partial summary judgment.

Dr. Robert Pettit alleges six causes of action: (1) wrongful termination (Cal. Gov't. Code §12940, et seq., Cal. Civ. Code §3287); (2) breach of contract; (3) violation of whistle-blower statute (Cal. Labor Code §1102.5); (4) violation of public policy (pretext in hiring) (Cal. Labor Code §1102.5); (5) breach of the covenant of good faith and fair dealing; and (6) age discrimination (asserted under both federal and California law). The sixth case of action for age discrimination cause of action is the only cause of action asserted under federal law; and six causes of action are brought solely under California law.

1      Under the Age Discrimination in Employment Act ("ADEA"), it is "unlawful for an employer ... to fail or refuse to hire or to discharge any individual or otherwise discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's age." 29 U.S.C. § 623(a)(1). Plaintiff has failed to demonstrate any "direct evidence" of age discrimination. Plaintiff also has failed to demonstrate he was treated differently than other, younger doctors, as required under a disparate treatment analysis. Therefore, plaintiff's age discrimination claim under ADEA fails as a matter of law and must be dismissed.

    Because plaintiff's lone federal law cause of action must be dismissed, the court declines to exercise supplemental jurisdiction of the remaining six state law causes of action, and they are dismissed without prejudice to refiling in state court. *See* 28 U.S.C. §1367(c)(3); *Carnegie-Mellon University v. Cohill*, 484 U.S. 343, 350 n.7 (1988).

DATED:                                                    UNITED STATE DISTRICT COURT


By:_____
    JEFFREY S. WHITE
    DISTRICT COURT JUDGE

PROPOSED ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
C 07 3358 JSW

2