RAND L. STEPHENS, SBN 117229
LAW OFFICES OF RAND L. STEPHENS
1155C Arnold Dr. #278
Martinez, CA  94553-4104
(510)232-9335
Fax: (510)232-4633
Email: rand@randslaw.com

RICHARD N. KOSS, SBN 251351
570 El Camino Real, Ste. 150-340
Redwood City, CA  94063-1262
(650)722-7046
Fax: (650)592-3871
E-mail: richard@rkosslaw.com

Attorneys for Plaintiff:
C. ROBERT PETTIT, M.D.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **C. ROBERT PETTIT, M.D.**,<br><br>Plaintiff,<br><br>vs.<br><br>**CONTRA COSTA MEDICAL SERVICES REGIONAL MEDICAL CENTER** and **DOES ONE THROUGH TWENTY**, Inclusive<br><br>Defendants | Case No.: C 07 3358 JSW<br><br>**DECLARATION OF RICHARD KOSS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF PARTIAL SUMMARY JUDGMENT**<br><br>**Date:   August 22, 2008**<br>**Time:  9:00 a.m.**<br>**The Honorable Jeffrey White** |

I, Richard N. Koss, do hereby declare:

  1. I am over the age of eighteen and a resident of the State of California.  I know of the matters set forth herein of my own personal knowledge and, if called upon to testify could and would competently testify thereto.

  2. I am an attorney duly licensed to practice before this court.

  3. Attached as Exhibit 5 is a true and correct copy of Dr. Pettit's Complaint of Discrimination filed with the California Department of Fair Employment and Housing and stamped as filed January 12, 2007.  It was produced to Defendants as "PET 3".

4.  Attached as Exhibit 6 is a copy of the agenda of the Contra Costa County Board of Supervisors' scheduled meeting of January 25, 2005.  It was downloaded from the web site of the County of Contra Costa on May 21, 2008.  I am informed and believe it is a true and accurate accounting of the agenda of said meeting.  It was produced to Defendants as "PET 148-157.

5.  Attached as Exhibit 7 is a copy of the agenda of the Contra Costa County Board of Supervisors' scheduled meeting of January 9, 2007.  It was downloaded from the web site of the County of Contra Costa on May 1, 2008.  I am informed and believe it is a true and accurate accounting of the agenda of said meeting.  It was produced to Defendants as "PET 003-019.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct and that this declaration was executed at San Carlos, California on the date set forth below.

Dated:  August 4, 2008.

/s/
_____
RICHARD N. KOSS