# *** EMPLOYMENT ***

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH #: E200607 M-0905-00-ac

*DFEH USE ONLY*

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.): Mr. Charles Robert Pettit
TELEPHONE NUMBER (INCLUDE AREA CODE): 925-2291033
ADDRESS: 118 Costanza Dr.
CITY/STATE/ZIP: Martinez, CA
COUNTY: Contra Costa
COUNTY CODE: 94553

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME: Contra Costa Regional Health Center
TELEPHONE NUMBER (include Area Code):
ADDRESS: 2500 Alhambra Ave
COUNTY: Contra Costa
CITY/STATE/ZIP: Martinez, CA
COUNTY CODE: 94553

NO. OF EMPLOYEES/MEMBERS (if known):
DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year):
RESPONDENT CODE:

**THE PARTICULARS ARE:**

On Nov 29, 2006, I was:
☑ fired
☐ laid off
☐ demoted
☑ harassed
☐ genetic characteristics testing
☐ forced to quit
☐ denied employment
☐ denied promotion
☐ denied transfer
☐ denied accommodation
☐ impermissible non-job-related inquiry
☑ other (specify): THREATENED WITH TERMINATION BECAUSE I REPORTED DANGEROUS/SUBSTANDARD CARE
☐ denied family or medical leave
☐ denied pregnancy leave
☐ denied equal pay
☐ denied right to wear pants
☐ denied pregnancy accommodation

by (Dr. Ramon Berguer) Chief of Surgery
Name of Person / Job Title (supervisor/manager/personnel director/etc.)

because of my:
☑ sex
☑ age
☐ religion
☐ race/color
☐ national origin/ancestry
☐ marital status
☐ sexual orientation
☐ association
☐ physical disability
☐ mental disability
☑ other (specify): WHISTLEBLOWING PRACTICE STYLE
☐ cancer
☐ genetic characteristics

(Circle one) filing; Protesting; participating in investigation (retaliation for)

the reason given by Dr. Ramon Berguer (M.D.)
Name of Person and Job Title

Was because of (please state what you believe to be reason(s)): I complained to a superior (M Corcoran, M.D.) about substandard pt care related to, in part, the distance physicians live from hospital and inability/unwillingness to respond appropriately to emergency room calls / patient treatment.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complaint Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated: 1-11-07
At: Martinez
City

COMPLAINANT'S SIGNATURE: CR Pettit MD

DATE FILED: January 12, 2007

**RECEIVED JAN 12 2007** Department of Fair Employment and Housing Oakland District Office

STATE OF CALIFORNIA

DFEH-300-03 (01/05)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

PET
3