## CONTRA COSTA COUNTY BOARD OF SUPERVISORS

Supervisors J. Gioia, G. B. Uilkema, M. N. Piepho, M. DeSaulnier, and F. D. Glover
Clerk of the Board, John Sweeten (925 335-1900)

### A G E N D A
### TUESDAY JANUARY 25, 2005

The Board of Supervisors respects your time, and every attempt is made to accurately estimate when an item may be heard by the Board. All times specified for items on the Board of Supervisors agenda are approximate. Items may be heard later than indicated depending on the business of the day. Your patience is appreciated.

PROJECTED
___TIME___
9:00 A.M.   Convene and announce adjournment to Closed Session, Room 105.
*There were no Closed Session announcements.*

9:30 A.M.   Call to order and opening ceremonies.

Inspirational Thought - "Integrity is what we do, what we say and what we say we do." ~Don Galer

**CONSIDER CONSENT ITEMS** - Items removed from this section will be considered with the Short Discussion Items.
*Approved as listed except as noted: C.44*

**HOUSING AUTHORITY CONSENT ITEMS**
*Approved as listed*

HA.1   ADOPT Housing Authority Resolution No. 5060 approving discharge of accounts receivable in the amount of $39,024 for the quarter ending December 31, 2004, as recommended by the Advisory Housing Commission. (All Districts)

9:35 A.M.

**PRESENTATIONS**
*Approved as listed*

PR.1   PRESENTATION of the "Innovations in Human Services" Award from the National Association of County Human Services Administrators to Contra Costa's Family Economic Security Partnership. (Mary Foran, Health Services Department) (All Districts)

**SHORT DISCUSSION ITEMS** - The Board will consider and take action on the following items:
*Approved as listed except as noted below:*

SD.1   CONSIDER any Consent Items previously removed.

SD.2   HEARING on the adoption of Resolution No. 2005/42 to establish a new fee and fine schedule for the Contra Costa County Library. (Anne Cain, Librarian) (All Districts)
*CLOSED the public hearing on proposed establishment of new schedule of fines and charges for the Contra Costa County Library; RECEIVED oral and written testimony regarding the proposed increases; and APPROVED Resolution No. 2005/42 establishing a new schedule of fines and charges for the Contra Costa County Library.*

PET 148

SD.3    CONSIDER authorizing the implementation of the DNA Fingerprint, Unsolved Crime and Innocence Protection Act (Proposition 69), approved by the voters on November 2, 2004, which expanded and modified state law related to collection and use of criminal offender DNA samples. (Captain Greg Gilbert) (All Districts)

*ACKNOWLEDGED the November 2, 2004 voter approval the DNA Fingerprint, Unsolved Crime and Innocence Protection Act (Proposition 69), which expanded and modified state law related to collection and use of criminal offender DNA samples; DIRECTED the County Administrator to work with impacted agencies, including the Sheriff's Office, Probation Department, District Attorney, Superior Court, Court Collections, and Mental Health Facilities in implementing the new law; REQUESTED the Superior Court to levy an additional penalty of $1 for every $10 in fines, penalties, and forfeitures ordered in all criminal cases, including all offenses of the Vehicle Code, except parking offenses, as authorized in Proposition 69; ESTABLISHED Fund No. 115600 and Department No. 0275 as the DNA Identification Fund for the deposit of those funds collected from the aforementioned levy; and DIRECTED the County Administrator to return to the Board with revenue estimates and proposed allocations for cost reimbursement to agencies participating in Proposition 69 activities.*

SD.4    CONTINUED HEARING on the appeal of Alfred A. Affinito (Owner) from the decision of the County Abatement Officer declaring a public nuisance on property located at 6111 Kirker Pass Road, Pittsburg. (Carlos Baltodano, Building Inspection Director) (District V)

*ACCEPTED the staff report on the appeal of Alfred A. Affinito (Owner) from the decision of the County Abatement Officer regarding a declaration of a public nuisance on property located at 6111 Kirker Pass Road, Pittsburg; upon which the Abatement Officer states that the matter has been resolved and that there is NO ACTION REQUIRED of the Board.*


SD.5    CONSIDER adopting the Contra Costa County 2005 Federal Legislative Platform. (Sara Hoffman, County Administrator's Office) (All Districts)

*ADOPTED the Contra Costa County 2005 Federal Legislative Platform, with the additions of "Rosie the Riveter Childcare Center Restoration" and "Workforce Investment Act (WIA) Reauthorization"; AUTHORIZED the County's federal legislative representatives to seek support from the County's Congressional delegation for federal appropriation requests, appropriation support positions, authorization requests, program funding levels and policy positions; DIRECTED the County Administrator to review legislation introduced in 2005 to identify bills that affect the County's adopted legislative platform and recommend appropriate positions on specific bills for consideration by the Board of Supervisors; AUTHORIZED Board members, the County's federal legislative representatives, the County Administrator and designees to prepare and present information, position papers and testimony in support of the 2005 Federal Legislative Platform; and DIRECTED the County Administrator to return to the Board with information on the return on investment for lobbyist expenses, and input from the County's three congressional representatives in Washington, D.C.*

**DELIBERATION ITEMS** - The Board will consider and take action on the following items:

D.1    PUBLIC COMMENT. (3 Minutes/Speaker)  *There were no requests to speak*

D.2    HEARING on Administrative Appeal of Bill Toomey from the decision of the Community Development Department regarding non-conforming units at 425 Jackson Street, Crockett. (Catherine Kutsuris, Community Development Department) (District II)

*CLOSED the public hearing on the Administrative Appeal of Bill Toomey from the decision of the Community Development Department regarding non-conforming units at 425 Jackson Street, Crockett; DENIED the appeal and UPHELD the Community Development Department's decision that*

**PET 149**

*the use of the structure (s) for 3 units is not a legal nonconforming use*

D.3  RECEIVE report from County Counsel regarding proposed placement of sexually violent predator Cary Verse in Bay Point and consider further action. (Silvano Marchesi, County Counsel) (District V)

*RECEIVED the report from County Counsel of the proposed placement of sexually violent predator Cary Verse in the community of Bay Point; and DIRECTED County Counsel to draft correspondence to the Contra Costa County Superior Court, the Department of Mental Health, and Mr. and Mrs. Ashe (prospective landlords to Mr. Verse) to include comments made at the meeting, points raised by Sheriff Warren E. Rupf in his January 24, 2005 letter to the Department of Mental Health, and a discussion regarding the landlord's decision-making role in this placement. In a second motion, the Board of Supervisors took the following additional action by unanimous decision: DIRECTED the County Administrator to draft correspondence to legislators on behalf of the Board to urge a review and modification of existing laws regarding placement of sexually violent predators, and to facilitate the address of this issue with the County Supervisors Association of California (CSAC).*

Closed Session

## SUPPLEMENTAL AGENDA

### TUESDAY JANUARY 25, 2005

**DELIBERATION ITEMS**

D.4  CONSIDER closing the Community Services Department's Fairgrounds Child Care Center by February 8, 2005 but no later than February 15, 2005; alternative placements for children; abolishment of positions; layoff of employees and other actions as recommended by the County Administrator. (District V)

*DIRECTED the Community Services Department to close the Fairgrounds Head Start / Child Care site in Antioch as a County operated program by February 8, 2005 but no later than February 15, 2005; DIRECTED staff to seek alternate placements to which Fairgrounds children can be immediately referred pending the licensing and reopening of the site by a third party operator; DIRECTED staff to continue efforts through the Request for Proposal (RFP) process to secure a third party operator as soon as possible; DIRECTED staff to provide required notice to parents of children at Fairgrounds that site will be closed; DIRECTED staff to notify federal and state agencies of intention to close the site; ADOPTED Resolution No. 2005/61 abolishing positions and laying off employees in the Community Services Department; DIRECTED staff to prepare any necessary contracts with appropriate community child care providers; DIRECTED staff to pursue an emergency "Certification of Operation" from the State Department of Education on behalf of a local community child care provider for Fairgrounds Head Start/Child Care site before it is transferred to a third party operator through the RFP process.*

### CONSENT ITEMS

(Items are subject to removal from Consent Calendar by request of any Supervisor or on request for discussion by a member of the public).

**Engineering Services**

C.1  MS 98-00007: ADOPT Resolution No. 2005/50 authorizing release of cash bond for project being developed by The Monterey Development Group, L.L.C., Alamo area. (District III)

C.2  MS 01-00023: ADOPT Resolution No. 2005/51 approving the parcel map and subdivision

**PET 150**

agreement for project being developed by Providence Development Corp., Concord area. (District IV)

C.3   MS 01-00023: ADOPT Resolution No. 2005/52 accepting grant deed of development rights (creek structure setback) for project being developed by Providence Development Corp., Concord area. (District IV)

C.4   RA 03-01151: ADOPT Resolution No. 2005/53 approving the road improvement agreement for project being developed by Windemere BLC Land Company, L.L.C., San Ramon (Dougherty Valley) area. (District III)

C.5   SD 87-06933: ADOPT Resolution No. 2005/54 accepting completion of private improvements (Via Diablo) for project developed by Summit Bank, Diablo area. (District III)

C.6   SD 97-07996: ADOPT Resolution No. 2005/55 approving the final map and subdivision agreement for project being developed by Toll Land XXII Limited Partnership, a California Limited Partnership, owned by subsidiaries of Toll Brothers, Inc., San Ramon area. (District III)

C.7   SD 97-07996: ADOPT Resolution No. 2005/56 accepting grant deed of development rights (creek structure setbacks) for project being developed by Toll Land XXII Limited Partnership, a California Limited Partnership, San Ramon area. (District III)

**Special Districts & County Airports**

C.8   APPROVE and AUTHORIZE the Chief Engineer, or designee, Contra Costa County Flood Control and Water Conservation District, on behalf of the Contra Costa Clean Water Program, to execute a contract amendment with Panagraph, Inc., to change the effective date of the contract term from September 1 to October 1, 2004, with no change in the payment limit, Countywide. (Cities and County Stormwater Utility Fee Assessments) (All Districts)

C.9   ADOPT Resolution No. 2005/57 accepting as complete the contracted weed abatement work performed by Randy Bodhaine for the Contra Costa County Fire Protection District, as recommended by the Fire Chief. (All Districts)

**Claims, Collections & Litigation**

C.10  DENY claims of Keith and Teresa Doran; and Jennifer Lehmann. (All Districts)

C.11  RECEIVE report concerning the final settlement of Jeanne M. Fujimoto vs. Contra Costa County and AUTHORIZE payment from the Workers' Compensation Trust Fund in the amount of $69,000, as recommended by the County Administrator. (All Districts)

**Honors & Proclamations**

C.12  AUTHORIZE the Chair of the Board of Supervisors to send letters of appreciation to those individuals who organized the 27th Annual Commemorative Celebration Honoring the Birth of Dr. Martin Luther King, as requested by the Board of Supervisors on January 18, 2005. (All Districts)

**Ordinances**

C.13  ADOPT Ordinance No. 2005-02, introduced on January 18, 2005 and formerly listed and

PET 151

introduced as Ordinance No. 2004-44, establishing vessel sanitation and mooring regulations, as recommended by Supervisor Glover. (All Districts)

**Appointments & Resignations**

C.14    DECLARE vacant the At Large #1 seat on the Countywide Youth Commission held by Belinda Owens due to lack of attendance, and DIRECT the Clerk of the Board to post the vacancy, as recommended by the Commission. (All Districts)

C.15    ACCEPT resignation of Danny Davis from the Bay Point Municipal Advisory Council, DECLARE a vacancy, and DIRECT the Clerk of the Board to apply the Board's policy for filling the vacancy, as recommended by Supervisor Glover. (District V)

C.16    ACCEPT resignation of Jocelyn Drew-Harris from the Alcohol and Other Drugs Advisory Board, DECLARE a vacancy, and DIRECT the Clerk of the Board to apply the Board's policy for filling the vacancy, as recommended by Supervisor Glover. (District V)

C.17    ADOPT Resolution No. 2005/58 to appoint Supervisor Mary N. Piepho and Supervisor Federal D. Glover to a newly created eBART Partnership Policy Advisory Committee, as recommended by Supervisor Uilkema. (Districts III, V)

C.18    APPOINT Leslie Stewart as an Alternate to the League of Women Voters Seat on the Hazardous Materials Commission for a four-year term ending December 31, 2008, as nominated by the League and recommended by the Health Services Director. (All Districts)

**Appropriation Adjustments - 2004/2005 FY**

C.19    Library (0620, 0621): APPROVE Appropriations Adjustment No. 5091 to increase revenues in the amount of $77,109 from donations for the months of July, August, September and October 2004, and appropriate them for library material purchases and related office expenses. (All Districts)

C.20    General County Revenue (0005): APPROVE Appropriations Adjustment No. 5088 authorizing transfer of revenues between accounts in the amount of $80,523,011 for the ERAF III loss ($9,266,091), Motor Vehicle in Lieu Tax ($68,812,173), and In Lieu Sales and Use Tax ($2,444,747) to allow for tracking of the impact of the State budget on the County's budget. (All Districts)

C.21    Public Works (0682): APPROVE Appropriations Adjustment No. 5099 authorizing the Auditor-Controller to release $1,039,608 from Designation Reserve Road Improvement Fee, and appropriating it to Public Works Fund 139200 (Road Improvement Fee) for funding of various projects in the Road Development Fee area, Countywide. (All Districts)

**Personnel Actions**

C.22    ADOPT Position Adjustment Resolution No. 19784 to establish the class of Worker's Compensation Claims Supervisor; ALLOCATE it to the Salary Schedule; and ADD two positions in the County Administrator-Risk Management Division. (100% Worker's Compensation Trust Fund) (All Districts)

C.23    ADOPT Position Adjustment Resolution No. 19771 to reallocate the Department of Information

PET 152

Technology class of Computer Operations Analyst on the Salary Schedule, as recommended by the Assistant County Administrator-Human Resources Director. (Budgeted) (All Districts)

C.24 ADOPT Position Adjustment Resolution No. 19774-A to amend the effective date of the cancellation of three Deputy Public Defender I positions and the addition of three Deputy Public Defender IV positions from January 17 to March 1, 2005, as recommended by the Assistant County Administrator - Director of Human Resources. (No additional cost) (All Districts)

C.25 ADOPT Position Adjustment Resolution No. 19816 adding one Medical Transcriber position in the Health Services Department for the Diagnostic Imaging Unit at the Contra Costa Regional Medical Center. (Budgeted, Enterprise I: 12.6% County, 87.4% Patient/Third Party Revenues) (All Districts)

C.26 ADOPT Position Adjustment Resolution No. 19823 adding one Clerk – Senior Level position and canceling one Secretary – Advanced Level position in the Health Services Department. (Budgeted, Cost savings) (All Districts)

C.27 ADOPT Position Adjustment Resolution No. 19824 increasing the hours of five Registered Nurse positions, as specified, in the Health Services Department. (Budgeted, Enterprise I: 12.6% County, 87.4% Patient/Third Party Revenues, offset by overtime savings) (All Districts)

C.28 ADOPT Position Adjustment Resolution No. 19812 increasing the hours of one Medical Record Technician position from part time (20/40) to full time (40/40) in the Health Services Department. (Budgeted, Enterprise I: 12.6% County, 87.4% Patient/Third Party Revenues, offset by overtime and registry cost savings) (All Districts)

C.29 ADOPT Resolution No. 2005/60 adjusting the Health Services Department Phase II 2004/2005 Budget Rebalancing Plan and changing the effective date of layoff/reduction of hours from January 31, 2005 to a date on or before June 30, 2005. (Budgeted) (All Districts)

**Grants & Contracts**

**APPROVE and AUTHORIZE execution of agreements between the County and the following agencies for receipt of funds and/or services:**

C.30 APPROVE and AUTHORIZE the Employment and Human Services Director, or designee, to execute a contract with the California Department of Aging to accept additional fiscal year 2004/2005 Title III and Title VII, Older Americans Act, One Time Only (OTO) funds in the amount of $364,336 for a new total award of $3,867,292 to provide support services to low-income, older County residents. (No County match) (All Districts)

**APPROVE and AUTHORIZE execution of agreements between the County and the following parties as noted for the purchase of equipment and/or services:**

C.31 APPROVE and AUTHORIZE the Risk Manager to execute a contract with Single Source Consulting, Inc., in an amount not to exceed $75,000 to provide consulting services on the Workers' Compensation Program for the period February 1, 2005 through January 31, 2006. (100% Workers' Compensation Trust Fund) (All Districts)

C.32 APPROVE and AUTHORIZE the Risk Manager to execute a contract amendment with Rudy Degger & Associates to increase the payment limit by $40,000 to a new payment limit of $85,000

PET 153

with no change in the termination date to provide accident reconstruction analysis for automobile and road condition cases. (100% General Liability Trust Fund) (All Districts)

C.33  APPROVE and AUTHORIZE the Chair, Board of Supervisors, to execute a contract with the East County Baseball Group in the amount of $150,000 for development of the Los Medanos College Baseball Field, as recommended by Supervisor Glover. (100% Keller Canyon Mitigation funds; Budgeted) (District V)

C.34  APPROVE and AUTHORIZE the Animal Services Director, or designee, to execute a contract amendment with Susanne Beadle, effective January 1, 2005, to extend the term from January 1 to March 31, 2005 and to increase the payment limit by $30,000 to a new payment limit of $110,000 for consulting services during the preparation and move to the new shelter facilities. (Budgeted) (All Districts)

C.35  APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract amendment with AIDS Community Network, Inc., effective December 16, 2004, to extend the term from February 28 to March 31, 2005 and to increase the payment limit by $7,344 to a new payment limit of $174,888 for additional day center, case management, and transportation services to County residents with HIV disease. (Budgeted, 100% Federal Ryan White CARE Act Title I and II) (All Districts)

C.36  APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract amendment with Dori Maxon (dba Pediatric Contracting Services), effective January 1, 2005, to increase the total contract payment limit by $36,500 to a new payment limit of $73,000 to provide additional occupational and physical therapy services with no change in the term from July 1, 2004 through June 30, 2005. (Budgeted 90% State, 10% County) (All Districts)

C.37  APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract with Gloria G. Hill in an amount not to exceed $62,500 to provide family advocacy services for families of individuals with mental disabilities, for the period February 1, 2005 through January 31, 2006. (Budgeted 100% Mental Health Realignment) (All Districts)

C.38  RATIFY purchase of services by the Health Services Director from Unilab Corporation (now known as Quest Diagnostic, Inc.) and AUTHORIZE the Auditor-Controller to pay $9,638.67 outstanding balance for outside clinical laboratory services for the period November 1, 2003 through October 31, 2004. (Budgeted, Enterprise I: 12.6% County, 87.4% Patient /Third Party Revenues) (All Districts)

C.39  APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract with Liam Keating, M.D., in an amount not to exceed $877,500 to provide otolaryngology services at the Contra Costa Regional Medical Center for the period March 1, 2005 through February 28, 2008. (Budgeted, Enterprise I: 12.6% County, 87.4% Patient /Third Party Revenues) (All Districts)

C.40  APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract with C. Robert Pettit, M.D., Inc., in an amount not to exceed $1,117,000 to provide otolaryngology services at the Contra Costa Regional Medical Center for the period February 1, 2005 through January 31, 2008. (Budgeted, Enterprise I: 12.6% County, 87.4% Patient /Third Party Revenues) (All Districts)

C.41  AUTHORIZE the Community Development Director, or designee, to execute a contract with

PET 154

Amy Skewes-Cox in an amount not to exceed $80,000 for the preparation of an Environmental Impact Report (EIR) for the Hillview Subdivision in El Sobrante for the period January 18, 2005 through December 31, 2005. (Applicant Fees) (District I)

**Leases**

C.42   EXERCISE option for a three-year extension of the lease with Earl Dunivan and Joanne Dunivan in the amount of $4,995 per month for 7,300 square feet of warehouse space at 610 Marina Vista, Martinez, for continued occupancy by the Clerk-Recorder - Elections Division for the period June 1, 2005 through May 31, 2008, as recommended by the General Services Director. (Budgeted) (District II)

C.43   EXERCISE option for a three-year extension of the lease with Earl Dunivan and Joanne Dunivan in the amount of $3,015 per month for 8,700 square feet of warehouse space at 620 Marina Vista, Martinez, for continued occupancy by the Clerk-Recorder – Elections Division for the period June 1, 2005 through May 31, 2008, as recommended by the General Services Director. (Budgeted) (District II)

**Other Actions**

C.44   APPROVE the discharge of uncollected returned check items totaling $1,099.08 in the Clerk-Recorder Department for the period July 1, 2004 through June 30, 2004, as requested by the Clerk-Recorder. (All Districts)
*CORRECTED TO READ: APPROVED the discharge of uncollected returned check items totaling $1,099.08 in the Clerk-Recorder Department for the period July 1, 2003 through June 30, 2004, as requested by the Clerk-Recorder.*

C.45   APPROVE and AUTHORIZE the Employment and Human Services Director, or designee, to extend the reimbursement period for Karen Cordes from December 31, 2004 to June 30, 2005 and to increase the reimbursement limit by $21,648 to a new limit of $112,444 for out-of-county living expenses during the development and implementation phase of the CalWORKS Information Network Program in Sacramento. (100% State funds) (All Districts)

C.46   AUTHORIZE payments, upon approval of the Emergency Medical Director, totaling $308,845 to specified agencies to fund Emergency Medical Service fire first-responder medical equipment, supplies and training. (Measure H funds) (All Districts)

C.47   ADOPT Resolution No. 2005/59 authorizing, on behalf of Brentwood Union Elementary School District, the sale and issuance of General Obligation Bonds, Election of 2003, Series B in an aggregate principal amount not to exceed $12,000,000, as recommended by the County Administrator. (No fiscal impact on the County) (District III)

C.48   APPROVE recommendations of the Internal Operations Committee regarding procedures for reviewing, and the County Ordinance governing, the issuance of card room (gaming) worker permits. (All Districts)

C.49   ACCEPT final report of the Warrant Service Unit Pilot Program, as recommended by the Internal Operations Committee. (All Districts)

C.50   APPROVE recommendations of the Internal Operations Committee regarding the proposal to establish an Internal Services Fund for fleet management. (All Districts)

**PET 155**

C.51   ACCEPT status report from the Internal Operations Committee on the development of an ordinance requiring individuals, groups, or entities that lobby the Board of Supervisors or other County officials to register with the County their lobbying affiliations and submit reports on their lobbying activities. (All Districts)

**Redevelopment Agency**

C.52   ACCEPT the 2004 Advisory Body Annual Report for the Bay Point Redevelopment Project Area Committee (PAC), as recommended by the Redevelopment Agency Executive Director. (District V)

## GENERAL INFORMATION

The Board meets in all its capacities pursuant to Ordinance Code Section 24-2.402, including as the Housing Authority and the Redevelopment Agency. Persons who wish to address the Board should complete the form provided for that purpose and furnish a copy of any written statement to the Clerk

All matters listed under CONSENT ITEMS are considered by the Board to be routine and will be enacted by one motion. There will be no separate discussion of these items unless requested by a member of the Board or a member of the public prior to the time the Board votes on the motion to adopt

Persons who wish to speak on matters set for PUBLIC HEARINGS will be heard when the Chair calls for comments from those persons who are in support thereof or in opposition thereto. After persons have spoken, the hearing is closed and the matter is subject to discussion and action by the Board.

Requests for reconsideration of a land use (planning) decision must be submitted in writing to the Clerk of the Board of Supervisors within 10 days of the Board's decision, and must identify the new information which was not before the Board of Supervisors when the decision was made.

The County will provide reasonable accommodations for persons with disabilities planning to attend Board meetings who contact the Clerk of the Board at least 24 hours before the meeting, at (925) 335-1900; TDD (925) 335-1915. An assistive listening device is available from the Clerk, Room 106.

Copies of taped recordings of all or portions of a Board meeting may be purchased from the Clerk of the Board. Please telephone the Office of the Clerk of the Board, (925) 335-1900, to make the necessary arrangements.

Forms are available to anyone desiring to submit an inspirational thought nomination for inclusion on the Board Agenda. Forms may be obtained at the Office of the County Administrator or Office of the Clerk of the Board, 651 Pine Street, Martinez, California. Applications for personal subscriptions to the weekly Board Agenda may be obtained by calling the Office of the Clerk of the Board, (925) 335-1900. The weekly agenda may also be viewed on the County's Internet Web Page: www.co.contra-costa.ca.us.

The Closed Session agenda is available each week upon request from the Office of the Clerk of the Board, 651 Pine Street, Room 106, Martinez, California, and may also be viewed on the County's Web Page.

The **Family and Human Services Committee** (Supervisors Federal D. Glover and Mark DeSaulnier) - meets on the first and third Mondays of the month at 10:30 a.m in Room 108, County Administration Building, 651 Pine Street, Martinez .

The **Finance Committee** (Supervisors John Gioia and Mary N. Piepho) - meets on the _____ and _____ Mondays of the month at _____ in Room __, County Administration Building, 651 Pine Street, Martinez .

The **Internal Operations Committee** (Supervisors Gayle B. Uilkema and Mark DeSaulnier) - meets on the first and third Mondays of the month at 9:00 a.m in Room 105, County Administration Building, 651 Pine Street, Martinez.

The **Transportation, Water & Infrastructure Committee** (Supervisors Mary N. Piepho and Federal D. Glover) - meets on the second Monday of the month at 10.00 a.m. in Room 108, County Administration Building, 651 Pine

Street, Martinez.

| | |
|---|---|
| Family and Human Services Committee | Schedule to Be Determined |
| Finance Committee | Schedule to Be Determined |
| Internal Operations Committee | Schedule to Be Determined |
| Transportation, Water & Infrastructure Committee | Schedule to Be Determined |

**PERSONS WHO WISH TO ADDRESS THE BOARD MAY BE LIMITED TO THREE (3) MINUTES.**

AGENDA DEADLINE: Thursday, 12 noon, 12 days before the Tuesday Board meetings.

## Supplemental Calendar of Closed Session Items

For The Board of Supervisors of Contra Costa County
and for Special Districts, Agencies and Authorities Governed by the Board

Tuesday, January 25, 2005, 9:00 a.m. and thereafter
Board Chambers Room 107 and Room 105
Administration Building,
651 Pine Street, Martinez, California

A.　　CONFERENCE WITH LEGAL COUNSEL--EXISTING LITIGATION (Gov. Code, § 54956.9 (a))
　　1.　Tonique Washington v. Contra Costa County, Claim Nos. 50481-57022

B.____　PUBLIC EMPLOYEE PERFORMANCE EVALUATION
　　Title: County Counsel

C.　　CONFERENCE WITH LEGAL COUNSEL--ANTICIPATED LITIGATION:　　Significant exposure to litigation pursuant to Gov. Code, § 54956.9(b): One potential case.

**PET 157**