CALENDAR FOR THE BOARD OF SUPERVISORS

# CONTRA COSTA COUNTY

AND FOR SPECIAL DISTRICTS, AGENCIES, AND AUTHORITIES GOVERNED BY THE BOARD

**BOARD CHAMBERS ROOM 107, ADMINISTRATION BUILDING, 651 PINE STREET
MARTINEZ, CALIFORNIA 94553-1229**

JOHN GIOIA, *CHAIR*, 1st DISTRICT
GAYLE B. UILKEMA 2nd DISTRICT
MARY N. PIEPHO 3rd DISTRICT
SUSAN A. BONILLA 4th DISTRICT  FEDERAL D. GLOVER  5th DISTRICT

JOHN CULLEN, CLERK OF THE BOARD AND COUNTY ADMINISTRATOR, (925) 335-1900

The Board of Supervisors respects your time, and every attempt is made to accurately estimate when an item may be heard by the Board. All times specified for items on the Board of Supervisors agenda are approximate. Items may be heard later than indicated depending on the business of the day. Your patience is appreciated.

**TUESDAY
JANUARY 9, 2007**

**PROJECTED TIME**

10:00 A.M.    Call to order by Chair John Gioia and opening ceremonies.

Presentation of the Colors by the Contra Costa County Sheriff's Office Honor Guard.

Pledge of Allegiance.

**Singing of the National Anthem, *lead by the Honorable H. Abram Wilson, Mayor of San Ramon.***

Inspirational Thought   "What we need in the U. S. is not division. What we need in the U.S. is not hatred. What we need in the U.S. is not violence or lawlessness, but love and wisdom and compassion toward one another, and a feeling of justice toward those who still suffer within our country, whether they be white or they be black." ~Robert F. Kennedy

**CONSIDER CONSENT ITEMS** – Items removed from this section (items listed as C.1 through C.109 on the following agenda) will be rescheduled for a subsequent meeting.  *Approved as listed*

**HOUSING AUTHORITY CONSENT ITEMS**  *Approved as listed*

HA.1   ADOPT Housing Authority Resolution No. 5080 authorizing the Housing Authority to continue to invest monies with the Local Agency Investment Fund of the State Treasury in accordance with Government Code, Section 6429, as recommended by the Executive Director. (All Districts)

HA.2   APPROVE the Public Housing Agency Annual Plan for Fiscal Year 2007/08 for the Housing Authority as mandated by the U.S. Department of Housing and Urban Development. (All Districts)

**2007 REORGANIZATION OF THE BOARD OF SUPERVISORS**

PET 003

- Comments of the Outgoing Chair
- Swearing in of District I Supervisor John Gioia and District IV Supervisor Susan Bonilla by the Honorable Joni Hiramoto, Judge of the Superior Court
- Presentation by Supervisor Gioia of the 2006 Chair of the Board Award to the Richmond Youth Student Empowerment Youth Council, the Southeast Asian Young Leaders, the Richmond Youth Commission, and the Ma'at Youth Academy, and their members
- Election of the Chair and Vice Chair of the Board of Supervisors
- *The Board elected Supervisor Mary N. Piepho Chair, and Supervisor Federal D. Glover Vice-Chair for the upcoming year.*
- Swearing in of the Chair and Vice Chair by the Honorable Terence Bruiniers, Presiding Judge of the Superior Court
- Presentation by Supervisor Piepho of token of appreciation to the 2006 Chair of the Board
- Welcome to Special Guests
- Introduction of Staff and Comments of Board Members
- Comments of Incoming Chair

**SHORT DISCUSSION ITEM** - The Board will consider and take action on the following item:

SD.1  Approval of Board Member appointments to local, regional and statewide boards, committee and commissions for 2007. (All Districts)  *Approved as listed*

**PUBLIC COMMENT** (3 Minutes/Speaker) *The following person spoke before the Board:*

*Joseph Parktanski, Concord resident, requested the Board of Supervisors allow persons with disabilities and users of medical marijuana to have the same Contra Costa County access to services as methadone patients.*

Closing Comments by 2007 Chair.

*By unanimous vote, with all Supervisors present, the following consent item was added to the agenda and subsequently approved by unanimous vote:*

C.110  *APPROVE and AUTHORIZE the Employment and Human Services Director, or designee, to execute a contract amendment with the Lucas Michael Rubino Family and Child Counseling Center, effective, January 9, 2007, to increase the payment limit by $56,000 to a new payment of $80,000 with no change in the term of March 1, 2006 through February 29, 2008, to provide additional mental health services for non-Medi-Cal eligible clients.*

AJ.1  *The Board adjourned in memory of Henry Clarke, Richmond resident and tireless fighter for labor, noting Mr. Clarke was dedicated to improving the working conditions for thousands of public employees.*

PET 004

**Appointments & Resignations**

C.17  APPOINT Wesley Franklin to the At Large #3 seat on the Advisory Council on Aging, as recommended by the Council. (All Districts)

C.18  ACCEPT resignation of Stephen Nichols from the Workforce Development Board, DECLARE vacant the Community Based #2 seat, and DIRECT the Clerk of the Board to post the vacancy, as recommended by the Workforce Development Board. (All Districts)

C.19  APPOINT David Hudson to the City #1 seat and Scott Perkins to the City #1 Alternate seat on the Hazardous Materials Commission, as recommended by the Commission City Selection Subcommittee. (All Districts)

C.20  APPROVE the medical staff appointments and re-appointments recommended by the Medical Executive Committee on December 18, 2006, as recommended by the Health Services Director. (All Districts)

C.21  RE-APPOINT Linda Weeks, Alvin J. Simas Jr., Tom Jepsen, and Janice Lindgren to the Knightsen Town Advisory Council; DECLARE vacant the Appointee 1 seat held by Seth Cockrell due to resignation and DIRECT the Clerk of the Board to post the vacancy, as recommended by Supervisor Piepho. (District III)

C.22  DECLARE vacant the District V Tenant seat on the Mobile Home Advisory held by Michael Sarabia due to resignation and DIRECT the Clerk of the Board to post the vacancy as recommended by Supervisor Glover. (District V)

C.23  DECLARE vacant the District V seat on the In-Home Supportive Services Public Authority Advisory Committee held by Michael Sarabia due to resignation and DIRECT the Clerk of the Board to post the vacancy as recommended by Supervisor Glover. (District V)

C.24  RE-APPOINT Barney Parsons and Norma Hernandez to the Member 1 and Member 1 Alternate seats respectively to the Eastern Contra Costa Transit Authority (Tri-Delta Transit) Board of Directors as recommended by Supervisor Glover. (District V)

C.25  RE-APPOINT Dann Myers to the Appointee 4 seat and APPOINT Joni Fraga-Pratt to the Appointee 5 seat on the Bethel Island Municipal Advisory Council as recommended by Supervisor Glover. (District V)

C.26  APPOINT Carol Munson to the District 1 seat of the Library Commission, as recommended by Supervisor Gioia. (District I)

C.27  APPOINT Shahrzad Heidari to the District II-A seat, Jasmine Nudany to the District II-B seat, and Ana Szaky to the District II-C seat on the Countywide Youth Commission, as recommended by Supervisor Uilkema. (District II)

C.28  RE-APPOINT Daniel Pellegrini to the District II seat of the Fish and Wildlife Committee, as recommended by Supervisor Uilkema. (District II)

C.29  RE-APPOINT Pam Campbell to the District II Tenant (out of district) seat of the Mobile Home Advisory Committee, as recommended by Supervisor Uilkema. (District II)

C.30 APPOINT Chris Komari and Judy Dawson to the Appointee 1 and 6 seats respectively on the Bay Point Redevelopment Project Area Committee, and RE-APPOINT Debra Mason, Lloyd Mason, Dorothy Siegfried, Sterling Stevenson, and Mark Sullivan, as recommended by Supervisor Glover (District V)

C.31 MOVE Community #3 seat incumbent Victor Geisler to the Business seat, DECLARE VACANT the Community #3 seat, and DIRECT the Clerk of the Board to post the vacancy; APPOINT Miguel Castaneda to the Community #1 seat and Yolla Harman to the Community #2 seat on the Advisory Council for Equal Employment Opportunity, as recommended by Supervisor Uilkema. (District II)

C.32 APPOINT Terry Surles to the West County At Large #1 seat on the Public and Environmental Health Advisory Board, as recommended by Supervisor Uilkema. (All Districts)

C.33 RESCIND Board action taken on October 10, 2006 (Item C.32) that appointed Stephen Nichols to the Community-Based #2 seat on the Workforce Development Board, and APPOINT Richard Silbert to the Community-Based #2 seat to complete the current term ending June 30, 2007 and to a new term ending June 30, 2009, as recommended by Supervisor Uilkema. (All Districts)

C.34 MOVE George Smith from the Environmental Engineer Alternate seat to the Environmental Engineer seat on the Hazardous Materials Commission, DECLARE VACANT the Environmental Engineer Alternate seat and DIRECT the Clerk of the Board to post the vacancy; RE-APPOINT Jimmy Rodgers to the Business #1 seat, as recommended by Supervisor Uilkema. (All Districts)

C.35 APPOINT Don Gilmore, Clifford Hammond, Henry Clark, and Joe Wallace to the North Richmond Municipal Advisory Council, as recommended by Supervisor Gioia. (District I)

**Personnel Actions**

C.36 ADOPT Position Adjustment Resolution No. 20156 to reclassify one Social Service Program Analyst position (represented) to Senior Social Service Information Systems Analyst (represented) in the Employment and Human Services Department. (Budgeted, 100% Federal/State funds) (All Districts)

C.37 ADOPT Position Adjustment Resolution No. 20203 to add one Social Work Supervisor II position (represented) in the Employment and Human Services Department. (Budgeted, 100% Federal/State funds) (All Districts)

C.38 ADOPT Position Adjustment Resolution No. 20188 to add one Social Worker position (represented) in the Employment and Human Services Department. (Budgeted, 100% State funds) (All Districts)

C.39 ADOPT Position Adjustment Resolution No. 20202 to add eight Social Worker positions (represented) in the Employment and Human Services Department. (Budgeted, 100% Federal/State funds) (All Districts)

C.40 ADOPT Position Adjustment Resolution No. 20141 to establish the Health Services Department classes of Health Plan Clinical Program Officer (unrepresented) and Health Plan Director of Compliance and Government Relations (unrepresented), to allocate them to the salary schedule, and to add one position in each class. (Elimination contract services; Contra Costa Health Plan member premiums) (All Districts)

PET 008

C.41 ADOPT Position Adjustment Resolution No. 20201 to establish the Human Resources Department classes of Chief of Labor Relations, Principal Labor Relations Negotiator, Labor Relations Specialist I, and Labor Relations Specialist II (all unrepresented); allocating them to the Salary Schedule; adding one position in each the classes of Chief of Labor Relations, Principal Labor Relations Negotiator, Labor Relations Specialist I and two positions in the class of Labor Relations Specialist II; and abolishing the class of Labor Relations Manager Exempt. (All Districts)

C.42 ADOPT Position Adjustment Resolution No. 20212 to reduce the hours of one part time Board of Supervisors Assistant-General Secretary (unrepresented) position from 20/40 to 18/40, in the Board of Supervisors District II Office. (Cost savings) (All Districts)

C.43 ADOPT Position Adjustment Resolution No. 20191 to add one Building Inspector I position (represented) in the Building Inspection Department. (100% North Richmond Landfill Mitigation Fees) (District I)

C.44 ADOPT Position Adjustment Resolution No. 20199 to add one Associate Real Property Agent (represented) position in the Public Works Department. (Airport and Contra Costa Transportation Authority funds) (All Districts)

C.45 ADOPT Position Adjustment Resolution No. 20216 to reallocate one Senior Branch Librarian (represented) position to Branch Librarian (represented) in the Library Department. (Cost savings) (All Districts)

C.46 ADOPT Position Adjustment Resolution No. 20198 to reclassify one Branch Librarian (represented) position to Senior Branch Librarian (represented) in the Library Department. (Budgeted) (All Districts)

C.47 ADOPT Position Adjustment Resolution Nos. 20192 and 20193 to add one Executive Secretary-Exempt position effective January 10, 2007 and cancel one Executive Secretary-Exempt position effective April 10, 2007 in the Building Inspection Department, to permit cross-training for the new incumbent. (Net cost increase offset by plan check fees) (All Districts)

**Grants & Contracts**
APPROVE and AUTHORIZE execution of agreements between the County and the following agencies for receipt of funds and/or services:

C.48 APPROVE and AUTHORIZE the Employment and Human Services Director, or designee, to execute a contract amendment with the California Department of Aging to increase the payment limit by $33,161 to a new payment limit of $289,872 for the Health Insurance Counseling and Advocacy Program, in which the County provides counseling and advocacy services to Medicare beneficiaries, for the period July 1, 2006 through June 30, 2007. (No County match) (All Districts)

C.49 APPROVE and AUTHORIZE the Employment and Human Services Director, or designee, to execute a contract with California State University East Bay to pay the County the amount of $91,000 for the Child Welfare Intern Partnership Program, in which the County provides supervision to interns fulfilling the requirements of the Masters of Social Welfare Program, for the period July 1, 2006 through June 30, 2007, including a mutual indemnification and hold harmless agreement for any claims arising out of the performance of this contract. (No County match) (All Districts)

C.50 APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract

PET 009

with the Mount Diablo Unified School District to pay the County an amount not to exceed $1,155,553 to provide professional school-based mental health services, crisis intervention, and day treatment services for designated students for the period July 1, 2006 through June 30, 2007. (No County match) (All Districts)

C.51  APPROVE and AUTHORIZE the Health Services Director or designee, to execute a contract with Lake County to pay the County a minimum amount of $81,600 to provide advice nurse services to Lake County Health Plan members for the period January 1 through December 31, 2007, including mutual indemnification to hold harmless both parties for any claims arising out of the performance of this contract. (No County match) (All Districts)

C.52  APPROVE and AUTHORIZE the Building Inspection Director to execute a contract with the City of Vallejo to provide the City enhanced building inspection services for the period December 1, 2006 through November 30, 2007 and each year thereafter unless terminated by either party. (100% Cost reimbursement) (All Districts)

**APPROVE and AUTHORIZE execution of agreements between the County and the following parties as noted for the purchase of equipment and/or services:**

C.53  APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract with Expressbill, LLC, in an amount not to exceed $150,000 to provide professional billing services with regard to patient statements and letters for the period November 1, 2006 through October 31, 2008. (100% Enterprise I Fund) (All Districts)

C.54  APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract with Specialty Laboratories, Inc., in an amount not to exceed $400,000 to provide outside clinical laboratory services for Contra Costa Regional Medical Center and Contra Costa Health Centers for the period January 1 through December 31, 2007. (100% Enterprise I Fund) (All Districts)

C.55  APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract with Contra Costa Cardiology Medical Group in an amount not to exceed $50,000 to provide maximal strength treadmill and stress echocardiogram exams for the Contra Costa County Fire Protection District, the Office of the Sheriff, and the Health Services Department Hazardous Materials Program, for the period July 1, 2006 through June 30, 2007. (100% Service fees) (All Districts)

C.56  APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract with Maria Mercado (dba California Translation International) in an amount not to exceed $50,000 to provide translation and interpreter services for the period December 1, 2006 through November 30, 2007. (100% Enterprise I Fund) (All Districts)

C.57  APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract with Cidney Zanzi in an amount not to exceed $93,000 to provide consultation and technical assistance to the Director of Patient Accounting and the Compliance Officer with regard to the Electronic Claims and Remittance System for the period January 1 through December 31, 2007. (100% Enterprise I Fund) (All Districts)

C.58  APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract with Language Line, LLC (dba Language Line Services), in an amount not to exceed $190,000 to provide over-the-phone interpretation and translation services for the period January 1 through December 31, 2007. (100% Enterprise I Fund) (All Districts)

PET 010

C.59   APPROVE and AUTHORIZE the Health Services Director to execute contract amendment agreement with Laurin Mayeno, effective November 1, 2006, to increase the payment limit by $9,000 to a new payment limit of $81,763, to provide additional training and consulting services with regard to Reducing Health Disparities Initiative (RHDI) planning and redesign process, with no change in the original term of September 1, 2006 through August 31, 2007. (71% California Endowment Grant, 29% RHDI funds) (All Districts)

C.60   APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a novation contract with We Care Services for Children in an amount not to exceed $52,000 to provide mental health services for families in the California Work Opportunity and Responsibility to Kids (CalWORKs) Program for the period July 1, 2006 through June 30, 2007, with a six-month automatic extension through December 31, 2006 in an amount not to exceed $26,000. (100% State and Federal CalWORKs funds) (All Districts)

C.61   APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a novation contract with Early Childhood Mental Health Program in an amount not to exceed $52,000 to provide mental health services to families in the California Work Opportunity and Responsibility to Kids (CalWORKs) Program for the period July 1, 2006 through June 30, 2007, with a six-month automatic extension through December 31, 2007 in an amount not to exceed $26,000. (100% State and Federal CalWORKs funds) (All Districts)

C.62   APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a novation contract with Contra Costa Association of Retarded Citizens in an amount not to exceed $52,000 to provide mental health services for families in the California Work Opportunity and Responsibility to Kids (CalWORKs) Program for the period July 1, 2006 through June 30, 2007, with a six-month automatic extension through December 31, 2007 in an amount not to exceed $26,000. (100% State and Federal CalWORKs funds) (All Districts)

C.63   APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract amendment with Pacific Medical Care, Inc., effective December 1, 2006, to increase the monthly payment by $4,113 to a new monthly payment limit of $44,713 with no change in the original term, which is automatically renewed from year to year unless sooner terminated. (100% Enterprise I Fund) (All Districts)

C.64   APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract amendment with La Cheim School, Inc., effective January 1, 2007, to increase the payment limit by $407,631 to a new payment limit of $960,000 with no change in the original term from July 1, 2006 through June 30, 2007 and no change in the six-month automatic extension payment amount of $276,185. (50% Federal Medi-Cal; 47% State Early and Periodic Diagnosis, Screening and Therapy; 3% Mental Health Realignment funds) (All Districts)

C.65   APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a novation contract with Asian Community Mental Health Services in an amount not to exceed $90,000 to provide mental health services for Asian-language speaking families in the California Work Opportunity and Responsibility to Kids (CalWORKs) Program for the period July 1, 2006 through June 30, 2007, with a six-month automatic extension through December 31, 2007 in an amount not to exceed $45,000. (100% State and Federal CalWORKs funds) (All Districts)

C.66   APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a novation contract with Desarrollo Familiar, Inc., in an amount not to exceed $60,000 to provide mental

PET 011

health services for Spanish-speaking families in the California Work Opportunity and Responsibility to Kids (CalWORKs) Program for the period July 1, 2006 through June 30, 2007, with a six-month automatic extension through December 31, 2007 in an amount not to exceed $30,000. (100% State and Federal CalWORKs funds) (All Districts)

C.67  APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a novation contract with Mental Health Systems, Inc., in an amount not to exceed $29,475 to provide required mental health services for mentally or emotionally disturbed children for the period July 1, 2006 through June 30, 2007, with a six month automatic extension through December 31, 2007 in an amount not to exceed $27,600. (100% Individuals with Disabilities Education Act/Senate Bill 90 funds) (All Districts)

C.68  APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a Bay Area Community Resources in an amount not to exceed $62,500 to provide alcohol and drug abuse primary prevention services in West County for the period January 1 through June 30, 2007. (100% Federal "Safe & Drug Free Schools & Communities" funds) (All Districts)

C.69  APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a novation contract with Anka Behavioral Health, Inc., in an amount not to exceed $2,221,738 to provide residential, community living, socialization, vocational and day treatment mental health services for the period July 1, 2006 through June 30, 2007, with a six-month automatic extension through December 31, 2007 in an amount not to exceed $1,110,869. (100% Mental Health Realignment funds) (All Districts)

C.70  APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a novation contract with Daniel May, M.D., in an amount not to exceed $72,338 to provide children and young adult psychiatry services at the Pittsburg Mental Health facility for the period January 1 through December 31, 2007. (100% Mental Health Realignment funds) (All Districts)

C.71  APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a novation contract with New Connections in an amount not to exceed $462,000 to provide perinatal day-treatment services and assessment services for families in the California Work Opportunity and Responsibility to Kids (CalWORKs) Program for the period July 1, 2006 through June 30, 2007, with a six-month automatic extension through December 31, 2007 in an amount not to exceed $231,000 (100% State and Federal CalWORKs funds) (All Districts)

C.72  APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a novation contract with Rubicon Programs, Inc., in an amount not to exceed $86,000 to provide mental health services for families in the California Work Opportunity and Responsibility to Kids (CalWORKs) Program for the period July 1, 2006 through June 30, 2007, with a six-month automatic extension through December 31, 2007 in an amount not to exceed $42,000. (100% State and Federal CalWORKs funds) (All Districts)

C.73  APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a novation contract with Family Stress Center, Inc., in an amount not to exceed $72,000 to provide mental health services families in the California Work Opportunity and Responsibility to Kids (CalWORKs) Program for the period July 1, 2006 through June 30, 2007, including a six-month automatic extension through December 31, 2007 in an amount not to exceed $36,000. (100% State and Federal CalWORKs funds) (All Districts)

C.74  APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a novation

contract with Touchstone Counseling Services, Inc., in an amount not to exceed $45,000 to provide mental health services for families in the California Work Opportunity and Responsibility to Kids (CalWORKs) Program for the period July 1, 2006 through June 30, 2007, with a six-month automatic extension through December 31, 2007 in an amount not to exceed $22,500. (100% State and Federal CalWORKs funds) (All Districts)

C.75    APPROVE and AUTHORIZE the Health Services Director, or designee, to issue a 60-day advance written notice to C. Robert Pettit, M.D., Inc., to terminate a contract related to provision of otolaryngology services at Contra Costa Regional Medical Center and Contra Costa Health Centers, effective close of business on March 3, 2007. (100% Enterprise I Fund) (All Districts)

C.76    APPROVE and AUTHORIZE the Health Services Director, or designee, to terminate a contract with Alexander Gorodestsky, M.D., effective at close of business on December 31, 2006; and to execute a new contract with Alexander Gorodestsky, M.D., in an amount not to exceed $485,150 to provide psychiatric emergency services for patients at Contra Costa Regional Medical Center and Contra Costa Health Centers for the period January 1, 2007 through December 31, 2008. (100% Enterprise I Fund) (All Districts)

C.77    APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract with L. Evan Custer, M.D., in an amount not to exceed $450,000 to provide professional radiology surgery services for Contra Costa Regional Medical Center and Contra Costa Health Centers for the period December 1, 2006 through November 30, 2009. (100% Enterprise I Fund) (All Districts)

C.78    APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract with Stephen D. Weiss, M.D., in an amount not to exceed $945,000 to provide professional general surgery services for Contra Costa Regional Medical Center and Contra Costa Health Centers for the period January 1, 2007 through December 31, 2009. (100% Enterprise I Fund) (All Districts)

C.79    APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract with Pauline Velez, M.D., in an amount not to exceed $36,000 to provide professional vascular and thoracic surgery services for Contra Costa Regional Medical Center and Contra Costa Health Centers for the period December 1, 2006 through November 30, 2009. (100% Enterprise I Fund) (All Districts)

C.80    APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract with Ramon Berguer, M.D., in an amount not to exceed $910,000 to provide professional general surgery services for Contra Costa Regional Medical Center and Contra Costa Health Centers for the period January 1, 2007 through December 31, 2009. (100% Enterprise I Fund) (All Districts)

C.81    APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract with Eugene Kaplan, M.D., Inc., in an amount not to exceed $220,000 to provide professional obstetric/gynecology services for Contra Costa Regional Medical Center and Contra Costa Health Centers for the period January 1, 2007 through December 31, 2008. (100% Enterprise I Fund) (All Districts)

C.82    APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract with ePOCRATES, Inc., in an amount not to exceed $31,500 to provide software and administration services for the Health Plan's Drug Formulary for the period January 1 through December 31, 2007, including mutual indemnification to hold harmless both parties for any

PET 013

claims arising out of the performance of this contract. (100% Member premiums) (All Districts)

C.83 APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract with Lyudmila Beyzer, M.D., in an amount not to exceed $75,000 to provide professional primary care services for Contra Costa Health Plan members for the period January 1 through December 31, 2007. (100% Member premiums) (All Districts)

C.84 APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract with Epstein, Becker & Green, P.C., in an amount not to exceed $100,000 to provide specialized legal services related to managed care issues for the period December 1, 2006 through November 30, 2007. (100% Member premiums) (All Districts)

C.85 APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract with Total HealthCare Management, Inc., in an amount not to exceed $250,000 to provide claims processing and negotiations services for the Contra Costa Health Plan for the period December 1, 2006 through November 30, 2007. (Contractor receives a percentage of the savings that result from its actions) (All Districts)

C.86 APPROVE and AUTHORIZE the Health Services Director, or designee, to execute a contract amendment with AmeriHealth Mercy Health Plan (dba AmeriHealth Mercy Contractor), effective January 1, 2007, to increase the payment limit by $1,000,000 to a new payment limit of $77,000,000 to provide additional pharmacy coverage under Medicare Part D, with no change in the original term of May 1, 2006 through April 30, 2009. (100% Federal Medicare funds) (All Districts)

C.87 APPROVE and AUTHORIZE the County Risk Manager to execute contracts for the defense of the County in workers' compensation, medical malpractice and civil rights claims with the following legal firms and contract periods (Associated Trust Funds) (All Districts):

| Contractor | Contract Term |
|---|---|
| Craddick, Candland & Conti | January 1, 2007 - December 31, 2009 |
| Edrington, Shimer & Murphy | January 1, 2007 - December 31, 2009 |
| John F. Martin | January 1, 2007 - December 31, 2009 |
| Hanna, Brophy, MacLean, McAleer & Jensen | January 1, 2007 - December 31, 2008 |
| Mullen & Filippi | January 1, 2007 - December 31, 2008 |
| Thomas, Cartier, Lyding & Gaus | January 1, 2007 - December 31, 2008 |
| D'Andre, Peterson, Bobus & Bruscino | January 1, 2007 - December 31, 2008 |
| Lepper & Harrington | January 1, 2007 - December 31, 2007 |
| McNamara, Dodge, Ney, Beatty, Slattery & Pfalzer | January 1, 2007 - December 31, 2007 |

C.88 APPROVE and AUTHORIZE the County Administrator, or designee, to execute a contract with Buck Consultants in an amount not to exceed $150,000 for consultation on the County Retirement System for the period September 1, 2006 through June 30, 2008. (100% General Fund) (All Districts)

C.89 APPROVE and AUTHORIZE the Community Development Director, or designee, to execute a contract with NewPoint Group, Inc. in the amount not to exceed $34,990 to provide assistance with a review of services provided by Allied Waste Services (previously Pleasant Hill Bayshore Disposal) and a related 2007 Interim-Year Rate Application for the period January 10, to September 30, 2007. (Districts II, III, IV, and V)

C.90 APPROVE and AUTHORIZE the Employment and Human Services Director, or designee, to execute a contract with Robert Asher in the amount of $71,000 to continue to provide information

technology project services for the period January 1 through June 30, 2007. (Budgeted, 40% Federal, 40% State, 20% County funds) (All Districts)

C.91  APPROVE and AUTHORIZE the Employment and Human Services Director, or designee, to issue a request for proposals in the amount of $171,208 for services for older clients including legal services, friendly visitor services, and in-home registry services funded by Title IIIB Older Americans Act for the period July 1, 2007 through June 30, 2008. (100% Federal funds) (All Districts)

C.92  APPROVE and AUTHORIZE the Employment and Human Services Director, or designee, to issue a request for proposals in the amount of $103,277 for services for older clients including the Alzheimer's Day Care Resource Center and the Brown Bag Program for the period July 1, 2007 through June 30, 2008. (100% Federal funds) (All Districts)

C.93  APPROVE and AUTHORIZE the Sheriff-Coroner, or designee, to execute a contract amendment with John A. Montagh to increase the payment limit by $31,200 to a new payment limit of $62,400 and extend the term from December 31, 2006 through June 30, 2007 for rangemaster services. (100% General Fund, Budgeted) (All Districts)

C.94  APPROVE and AUTHORIZE the Sheriff-Coroner, or designee, to execute a contract amendment with Walter Thomas Gill to increase the payment limit by $31,160 to a new payment limit of $62,320 and extend the term from December 31, 2006 through June 30, 2007 for mutual aid coordinator services. (100% General Fund, Budgeted) (All Districts)

**Leases**

C.95  APPROVE and AUTHORIZE the General Services Director, or designee, to execute a lease renewal with the Jeffry Family Partnership, Eugene H. Ross, and Marjorie A. Ross, for 3,850 square feet of office space at 900 Thompson Street, Martinez, at a monthly rate of $5,195, for the term of February 1, 2007, through January 31, 2011, as requested by the Sheriff-Coroner; and ADOPT related California Environmental Quality Act findings. (Budgeted, Sheriff) (District II)

**Other Actions**

C.96  DECLARE as surplus and AUTHORIZE the Purchasing Agent, or designee, to dispose of specified vehicles and equipment no longer needed for public use, as recommended by the General Services Director. (All Districts)

C.97  APPROVE the bylaw revisions to remove three vacant positions from the Alcohol and Other Drugs Advisory Board, which would reduce the number of members from 21 to 18, as recommended by the Health Services Director. (All Districts)

C.98  CONTINUE the emergency action originally taken by the Board on November 16, 1999 regarding the issue of homelessness in Contra Costa County, as recommended by the Health Services Director. (All Districts)

C.99  ACCEPT report from the Building Inspection Department on mobile home park fees and the possibility of pass-through of the fees to mobile home owners only on rare occasions. (All Districts)

C.100  ACCEPT from the County Clerk the canvass of votes for the December 5, 2006 election for Police Service Area P-6, Zone 209, Subdivision 048830, Bay Point area. (District V)

PET 015

C.101  RECEIVE 2006 Annual Report submitted by the Contra Costa County Fire Protection District Advisory Fire Commission, as recommended by the County Administrator. (All Districts)

C.102  RECEIVE 2006 Annual Report submitted by the Mobile Home Advisory Committee, as recommended by the County Administrator. (All Districts)

C.103  RECEIVE 2006 Annual Report submitted by the Contra Costa County Mental Health Commission, as recommended by the County Administrator. (All Districts)

C.104  RATIFY purchase of services from Stewart's Rose Manor Funeral and Rolling Hills Memorial Park, and AUTHORIZE the Auditor Controller to pay $12,965.13 for funeral services provided to the Employment and Human Services Department during December 2006, as recommended by the Employment and Human Services Director. (39% State, 61% County) (District I)

C.105  ACCEPT year-end report on the accomplishments of the 2006 Internal Operations Committee and APPROVE recommendations for the disposition of Committee referrals, as recommended by Supervisor Uilkema. (All Districts)

C.106  ACCEPT report on the management oversight activities of the County Administrator's Office during 2006, APPROVE the program of management audits and policy reviews proposed by the County Administrator for 2007, and TAKE related actions as recommended by Supervisor Uilkema. (All Districts)

C.107  ACCEPT report on e-Outreach implementation issues and their resolution, and MODIFY the Small Business Enterprise (SBE) Program to permit the acceptance of State-certified SBEs as well as County-certified SBEs in assessing compliance with County SBE goals and outreach requirements, as recommended by Supervisor Uilkema. (All Districts)

C.108  UPDATE the official list of persons to serve, pursuant to County Ordinance Code, in place of a regular Board member when the regular Board member is unavailable during a state of war emergency, a state of emergency, or a local emergency, as recommended by the County Administrator. (All Districts)

**Redevelopment Agency**

C.109  APPROVE and AUTHORIZE the Redevelopment Director to execute a contract with Contra Costa County related to the Contra Costa Centre Shortcut Path in the amount of $100,000 to provide engineering services and environmental studies for the period October 15, 2006 through October 14, 2007. (Budgeted. Redevelopment Agency funds) (District IV) (See C.5)

GENERAL INFORMATION

The Board meets in all its capacities pursuant to Ordinance Code Section 24-2.402, including as the Housing Authority and the Redevelopment Agency. Persons who wish to address the Board should complete the form provided for that purpose and furnish a copy of any written statement to the Clerk.

All matters listed under CONSENT ITEMS are considered by the Board to be routine and will be enacted by one motion. There will be no separate discussion of these items unless requested by a member of the Board or a member of the public prior to the time the Board votes on the motion to adopt.

Persons who wish to speak on matters set for PUBLIC HEARINGS will be heard when the Chair calls for comments from those persons who are in support thereof or in opposition thereto. After persons have spoken, the

PET 016

http://www.co.contra-costa.ca.us/depart/board/2007_Archive/b010907.htm                 5/1/2008

hearing is closed and the matter is subject to discussion and action by the Board

Comments on matters listed on the agenda or otherwise within the purview of the Board of Supervisors can be submitted to the office of the Clerk of the Board via mail: Board of Supervisors, 651 Pine Street Room 106, Martinez, CA 94553, by fax: 925-335-1913, or via the County's web page: http://www.co.contra-costa.ca.us, by clicking "Submit Public Comment" (the last bullet point in the left column under the title "Board of Supervisors").

Requests for reconsideration of a land use (planning) decision must be submitted in writing to the Clerk of the Board of Supervisors within 10 days of the Board's decision, and must identify the new information which was not before the Board of Supervisors when the decision was made.

The County will provide reasonable accommodations for persons with disabilities planning to attend Board meetings who contact the Clerk of the Board at least 24 hours before the meeting, at (925) 335-1900. TDD (925) 335-1915. An assistive listening device is available from the Clerk, Room 106.

Copies of taped recordings of all or portions of a Board meeting may be purchased from the Clerk of the Board. Please telephone the Office of the Clerk of the Board, (925) 335-1900, to make the necessary arrangements.

Forms are available to anyone desiring to submit an inspirational thought nomination for inclusion on the Board Agenda. Forms may be obtained at the Office of the County Administrator or Office of the Clerk of the Board 651 Pine Street, Martinez, California.

Applications for personal subscriptions to the weekly Board Agenda may be obtained by calling the Office of the Clerk of the Board, (925) 335-1900. The weekly agenda may also be viewed on the County's Internet Web Page: http://www.co.contra-costa.ca.us/

The Closed Session agenda is available each week upon request from the Office of the Clerk of the Board 651 Pine Street, Room 106, Martinez, California, and may also be viewed on the County's Web Page.

---

**PERSONS WHO WISH TO ADDRESS THE BOARD MAY BE LIMITED TO THREE (3) MINUTES.**

---

AGENDA DEADLINE: Thursday, 12 noon, 12 days before the Tuesday Board meetings.


### Glossary of Acronyms, Abbreviations, and other Terms (in alphabetical order):
Contra Costa County has a policy of making limited use of acronyms, abbreviations, and industry-specific language in its Board of Supervisors meetings and written materials. Following is a list of commonly used language that may appear in oral presentations and written materials associated with Board meetings:

| | |
|---|---|
| AB | Assembly Bill |
| ABAG | Association of Bay Area Governments |
| ACA | Assembly Constitutional Amendment |
| ADA | Americans with Disabilities Act of 1990 |
| AFSCME | American Federation of State County and Municipal Employees |
| AICP | American Institute of Certified Planners |
| AIDS | Acquired Immunodeficiency Syndrome |
| ALUC | Airport Land Use Commission |
| AOD | Alcohol and Other Drugs |
| BAAQMD | Bay Area Air Quality Management District |
| BART | Bay Area Rapid Transit District |
| BCDC | Bay Conservation & Development Commission |
| BGO | Better Government Ordinance |

PET 017

| | |
|---|---|
| BOS | Board of Supervisors |
| CALTRANS | California Department of Transportation |
| CalWIN | California Works Information Network |
| CalWORKS | California Work Opportunity and Responsibility to Kids |
| CAER | Community Awareness Emergency Response |
| CAO | County Administrative Officer or Office |
| CCHP | Contra Costa Health Plan |
| CCTA | Contra Costa Transportation Authority |
| CDBG | Community Development Block Grant |
| CEQA | California Environmental Quality Act |
| CIO | Chief Information Officer |
| COLA | Cost of living adjustment |
| ConFire | Contra Costa Consolidated Fire District |
| CPA | Certified Public Accountant |
| CPI | Consumer Price Index |
| CSA | County Service Area |
| CSAC | California State Association of Counties |
| CTC | California Transportation Commission |
| dba | doing business as |
| EBMUD | East Bay Municipal Utility District |
| EIR | Environmental Impact Report |
| EIS | Environmental Impact Statement |
| EMCC | Emergency Medical Care Committee |
| EMS | Emergency Medical Services |
| EPSDT | State Early Periodic Screening, Diagnosis and Treatment Program (Mental Health) |
| et al. | et alii (and others) |
| FAA | Federal Aviation Administration |
| FEMA | Federal Emergency Management Agency |
| F&HS | Family and Human Services Committee |
| First 5 | First Five Children and Families Commission (Proposition 10) |
| FTE | Full Time Equivalent |
| FY | Fiscal Year |
| GHAD | Geologic Hazard Abatement District |
| GIS | Geographic Information System |
| HCD | (State Dept of) Housing & Community Development |
| HHS | Department of Health and Human Services |
| HIPAA | Health Insurance Portability and Accountability Act |
| HIV | Human Immunodeficiency Syndrome |
| HOV | High Occupancy Vehicle |
| HR | Human Resources |
| HUD | United States Department of Housing and Urban Development |
| Inc. | Incorporated |
| IOC | Internal Operations Committee |
| ISO | Industrial Safety Ordinance |
| JPA | Joint (exercise of) Powers Authority or Agreement |
| Lamorinda | Lafayette-Moraga-Orinda Area |
| LAFCo | Local Agency Formation Commission |
| LLC | Limited Liability Company |
| LLP | Limited Liability Partnership |
| Local 1 | Public Employees Union Local 1 |
| LVN | Licensed Vocational Nurse |

PET 018

| | |
|---|---|
| MAC | Municipal Advisory Council |
| MBE | Minority Business Enterprise |
| M.D. | Medical Doctor |
| M.F.T. | Marriage and Family Therapist |
| MIS | Management Information System |
| MOE | Maintenance of Effort |
| MOU | Memorandum of Understanding |
| MTC | Metropolitan Transportation Commission |
| NACo | National Association of Counties |
| OB-GYN | Obstetrics and Gynecology |
| O.D. | Doctor of Optometry |
| OES-EOC | Office of Emergency Services-Emergency Operations Center |
| OSHA | Occupational Safety and Health Administration |
| Psy.D. | Doctor of Psychology |
| RDA | Redevelopment Agency |
| RFI | Request For Information |
| RFP | Request For Proposal |
| RFQ | Request For Qualifications |
| RN | Registered Nurse |
| SB | Senate Bill |
| SBE | Small Business Enterprise |
| SWAT | Southwest Area Transportation Committee |
| TRANSPAC | Transportation Partnership & Cooperation (Central) |
| TRANSPLAN | Transportation Planning Committee (East County) |
| TRE or TTE | Trustee |
| TWIC | Transportation, Water and Infrastructure Committee |
| VA | Department of Veterans Affairs |
| vs. | versus (against) |
| WAN | Wide Area Network |
| WBE | Women Business Enterprise |
| WCCTAC | West Contra Costa Transportation Advisory Committee |