DEPARTMENT OF SURGERY
ENT SECTION
MEETING MINUTES
September 20, 2006

Members:

P   Liam Keating
P   C. Robert Pettit
P   Martha Corcoran

| TOPIC | DISCUSSION | Action Responsible Party |
|---|---|---|
| I. Call to Order: | Dr. Corcoran called the meeting to order at 12:00pm. | Dr. Corcoran |
| II. Approval of Minutes | No minutes were presented for review | |
| III. Clinic Business | Dr. Keating helped complete new encounter form for clinic. Future revisions will be necessary, electronic form easy to update. | Dr. Keating |
| IV. Announcements: | • Tracheotomy weaning protocol will be written up by Dr. Corcoran at request of critical care.<br>• Proposed Neurosurgery block time changes reported<br>• Intern proctoring discussed<br>• Letter to pharmacy regarding compounding solutions for sinus and nasal irrigations | Dr. Corcoran |
| V. New Business | • Call coverage<br>• ENT consult coverage - significant discussion regarding irregular transfer of care when ENT provider going on vacation or not available.<br>• New consult coverage policy established | Dr. Corcoran<br>Dr. Keating<br>Dr. Pettit |
| VI. CQI/QA PEER REVIEW | Next Morbidity and Mortality meeting planned for November or sooner as needed. | Dr. Corcoran |
| VII. Misc. | Clarification requested – who is "attending" when patients admitted from ER? How is this determined? Refer question to ? Committee. | Dr. Keating |

Pettit v. CCC - No. C 07 3358 JSW
CC 122

Date _____    -i-    Chair's Initials _____

| TOPIC | DISCUSSION | Action Responsible Party |
|---|---|---|
| | | |
| VIII. Next Meeting Highlights | Review Surgery Dept. minutes | Informational. |
| IX. Adjournment | Meeting adjourned at 1:25pm. | Adjournment |

Signature of Chair                                                                                                   Date

Date _____                    -2-                    Chair's Initials _____

*Pettit v. CCC* - No. C 07 3358 JSW
CC 123