# Case Search Report for
## PETT, CHARLES MD

6/1/2006 to 12/31/2006

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| **Thursday, June 8, 2006** | | | | | | |
| 43404 SURG | 6/8/2006 7:30:00 | RM 1 | RODRIGUEZ, BRYAN N | 8207557 | 02/01/2002 | MYRINGOTOMY W/PE TUBE INSERTION BILATERAL |
| 43440 SURG | 6/8/2006 8:30:00 | RM 1 | URZUA, ULISES G | 8851248 | 01/06/2001 | MYRINGOTOMY W/PE TUBE INSERTION BILATERAL |
| **Tuesday, June 20, 2006** | | | | | | |
| 43628 SURG | 6/20/2006 10:30:00 | RM 3 | COZAKAS, JESSICA L | 9054198 | 09/22/1988 | *TYMPANOPLASTY BILATERAL RIGHT |
| 43396 SURG | 6/20/2006 7:30:00 | RM 3 | RASHIDI, ABDULLAH M | 5302575 | 01/31/1988 | SEPTORHINOPLASTY |
| **Thursday, July 13, 2006** | | | | | | |
| 44853 SURG | 7/13/2006 7:30:00 | RM 2 | PEREZ, FLORENCIO | 9405390 | 02/23/1989 | SEPTORHINOPLASTY EXTERNAL |

CONTRA COSTA HEALTH SERVICE

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| SURG | 7/13/2006 10:30:00 | RM 1 | MCMILLAN, BETH A | 669044 | 10/14/1954 | * C.R. NASAL FX |
| **Tuesday, July 18, 2006** | | | | | | |
| 13924 SURG | 7/18/2006 9:15:00 | RM 4 | MENDOZA, EZRA E | 6994073 | 09/06/1984 | SEPTORHINOPLASTY EXTERNAL |
| SURG | 7/18/2006 8:15:00 | RM 4 | MACIEL, LILIANA | 7018179 | 11/05/1995 | MYRINGOTOMY W/PE TUBE INSERTION BILATERAL |
| 44491 SURG | 7/18/2006 7:30:00 | RM 4 | MEJIA, DANIEL | 9074550 | 12/27/2004 | MYRINGOTOMY W/PE TUBE INSERTION BILATERAL |
| **Thursday, July 27, 2006** | | | | | | |
| 44494 SURG | 7/27/2006 8:45:00 | RM 2 | SOLOMON, PAUL E | 2713758 | 09/19/1972 | EXCISION LESION EAR LEFT - CLEAN BILATERAL EAR CANALS |
| 44980 SURG | 7/27/2006 7:30:00 | RM 2 | ONG, GABRIELLE K | 8179772 | 12/28/2001 | MYRINGOTOMY W/PE TUBE INSERTION BILATERAL |
| 45258 SURG | 7/27/2006 10:15:00 | RM 2 | PESOLA, MARILYN | 9034901 | 08/05/1945 | SEPTOPLASTY WITH GRAFT |
| **Monday, July 31, 2006** | | | | | | |
| 45500 SURG | 7/31/2006 8:35:00 | RM 3 | YOUNG, SOPHIA | 9518580 | 01/10/2004 | LARYNGOSCOPY DIRECT/EUA |

Pettit v CCC - No. C 07 3358 JSW
CC 99

Case Search Report

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| **Tuesday, August 1, 2006** | | | | | | |
| 45091 SURG | 8/1/2006 7:30:00 | RM 3 | RICHARDS, JAMES B | 5174784 | 06/20/1951 | SEPTOPLASTY |
| 45044 SURG | 8/1/2006 11:30:00 | RM 3 | OLIVERI, SHEILA A | 8356982 | 09/10/1986 | FOREIGN BODY CHEEK LEFT-CHIN INTRA-ORAL APPROACH REMOVAL |
| **Friday, August 11, 2006** | | | | | | |
| 45763 SURG | 8/11/2006 12:00:00 | RM 3 | SOLOMON, PAUL E | 2713758 | 09/19/1972 | EUA SUTURE REMOVAL LEFT EAR |
| **Tuesday, August 15, 2006** | | | | | | |
| 45745 SURG | 8/15/2006 12:30:00 | RM 3 | KIRK, DEREK R | 3473238 | 03/30/1959 | LYMPH NODE BX NECK RIGHT |
| **Wednesday, August 16, 2006** | | | | | | |
| 45842 SURG | 8/16/2006 21:12:00 | RM 1 | SORIANO, SAMMY P | 7245939 | 08/08/1980 | * ODONTECTOMY LEFT |
| **Tuesday, August 29, 2006** | | | | | | |
| 45296 SURG | 8/29/2006 7:30:00 | RM 2 | GONZALEZ, PAULETTE | 6781447 | 02/26/1997 | EPISTAXIS CONTROL NOSE |
| 45298 | | | | | | |

Case Search Report

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| SURG 8/29/2006 9:30:00 | | RM 2 | WISTE, ERIC J | 8878902 | 08/12/1961 | TYMPANOPLASTY RIGHT |
| 45330 SURG 8/29/2006 8:30:00 | | RM 2 | CORNELIUS, PAMELA L | 4032082 | 07/17/1964 | LARYNGOSCOPY DIRECT WITH BIOPSY |
| 45928 SURG 8/29/2006 11:30:00 | | RM 2 | JOHNSON, ELORES | 2766087 | 04/06/1939 | LARYNGOSCOPY DIRECT WITH BIOPSY |
| **Tuesday, September 5, 2006** | | | | | | |
| 46051 SURG 9/5/2006 7:30:00 | | RM 3 | LAL, RAM | 7731425 | 06/30/1930 | NASAL ENDOSCOPY palate biopsy |
| **Thursday, September 14, 2006** | | | | | | |
| 46128 SURG 9/14/2006 8:30:00 | | RM 2 | HALL, DESTINEY M | 7299936 | 10/04/1996 | * TYMPANOTOMY LEFT |
| 46158 SURG 9/14/2006 10:00:00 | | RM 2 | AMAYA, MILTON A | 9461054 | 01/07/1954 | LARYNGOSCOPY DIRECT- NO BIOPSY |
| 46159 SURG 9/14/2006 7:30:00 | | RM 2 | MORALES, JOSE | 7941388 | 01/03/1955 | EXCISION MASS NECK LEFT - BIOPSY |
| **Saturday, September 23, 2006** | | | | | | |
| 46163 SURG 9/23/2006 8:23:00 | | RM 1 | BALAM, WILBER | 9460130 | 12/23/1976 | ESOPHOGOSCOPY REMOVAL FOREIGN BODY- ESOPHAGUS |

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|

**Thursday, September 28, 2006**

| 45637 SURG | 9/28/2006 9:30:00 | RM 3 | KING, ROBERT A | 7947922 | 07/30/1964 | EXCISION LESION FACE |
| 46387 SURG | 9/28/2006 7:30:00 | RM 3 | GORDON, BARGE | 3054590 | 04/17/1950 | * LARYNGOSCOPY WITH BIOPSIES, CERVICAL ESOPHOGOSCOPY |

**Tuesday, October 3, 2006**

| 46414 SURG | 10/3/2006 7:30:00 | RM 2 | HUFFMAN, GLENN O | 4485819 | 02/28/1951 | LARYNGOSCOPY DIRECT |

**Thursday, October 12, 2006**

| 4557 SURG | 10/12/2006 7:30:00 | RM 2 | MEDINAZAVALA, RICHARD | 8976128 | 07/22/1969 | SEPTOPLASTY |

**Tuesday, October 17, 2006**

| 4580 SURG | 10/17/2006 7:30:00 | RM 4 | RYTIER, WARREN F | 1649672 | 01/26/1961 | * NASAL POLYPECTOMY BILATERAL |
| 46749 SURG | 10/17/2006 10:00:00 | RM 4 | MCALLISTER, DENNIS J | 4550422 | 07/24/1962 | EXCISION LESION NOSE |

**Thursday, October 19, 2006**

Case Search Report

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| SURG 4585b | 10/19/2006 16:30:00 | RM 1 | PALMER, ROBERT E | 5448261 | 05/27/1955 | EXCISION PRE-AURICULAR SINUS TREPHINATION RIGHT FRONTAL SINUS |

Thursday, October 26, 2006

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| SURG 4585b | 10/26/2006 7:30:00 | RM 3 | BHUSHAN, KUL | 7497373 | 01/07/1958 | * NASAL POLYPECTOMY RIGHT |
| SURG 46756 | 10/26/2006 11:30:00 | RM 3 | VASQUEZ, ROSA | 7296890 | 09/03/1928 | LYMPH NODE BX NECK RIGHT BILATERAL |
| SURG 46904 | 10/26/2006 10:00:00 | RM 3 | OLSON, LARRY C | 2317378 | 04/08/1948 | PAN ENDOSCOPY WITH BIOPSY |

Tuesday, November 21, 2006

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| SURG 4592 | 11/21/2006 8:30:00 | RM 3 | SIMES, NICOLE | 7901630 | 04/17/1982 | TONSILLECTOMY BILATERAL |
| SURG 46718 | 11/21/2006 7:30:00 | RM 3 | RUIZ, RAUL | 6019079 | 11/11/1993 | MYRINGOTOMY W/PE TUBE INSERTION BILATERAL |

Wednesday, November 22, 2006

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| SURG 47365 | 11/22/2006 19:15:00 | RM 1 | BOWMAN, REINI G | 9606328 | 04/11/1975 | EXCISION MASS NECK SUPRACLAVICULAR NODE, LEFT |

Thursday, November 30, 2006

Case Search Report

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| 47108 1ASST | 11/30/2006 10:15:00 | RM 2 | WESLEY, CLARISSA A | 7353121 | 06/01/1967 | LYMPH NODE BX NECK |
| 47338 SURG | 11/30/2006 7:30:00 | RM 2 | SETTER, KAREN | 9573247 | 06/26/1944 | * LARYNGOSCOPY WITH BIOPSY |
| 47345 SURG | 11/30/2006 8:45:00 | RM 2 | AREVALO, DAVID P | 6782882 | 07/06/1969 | TRACHEOSTOMY |

**Tuesday, December 5, 2006**

| 46336 SURG | 12/5/2006 9:00:00 | RM 1 | RICHARDS, JAMES B | 5174784 | 06/20/1951 | SEPTOPLASTY REVISION |
| 47354 SURG | 12/5/2006 7:30:00 | RM 1 | QUINTERO, YEREMY A | 8886251 | 06/09/2003 | * MYRINGOTOMY W/PE TUBE INSERTION BILATERAL |

**Thursday, December 14, 2006**

| 45454 SURG | 12/14/2006 7:30:00 | RM 1 | ABEDI, SHAMSIA | 6604896 | 12/22/1941 | SEPTORHINOPLASTY |
| 47375 SURG | 12/14/2006 11:00:00 | RM 1 | MCLEMORE, DAKOTA | 9418534 | 05/30/2001 | * MYRINGOTOMY W/PE TUBE INSERTION BILATERAL |

**Tuesday, December 19, 2006**

Case Search Report

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| SURG | 12/19/2006 10:00:00 | RM 3 | FERNANDEZ, LEONARDO | 8442212 | 11/06/2002 | MYRINGOTOMY W/PE TUBE INSERTION BILATERAL |
| 46835 SURG | 12/19/2006 7:30:00 | RM 3 | MARLAR, CRAIG F | 6993554 | 02/24/1951 | * SEPTOPLASTY |

**Thursday, December 28, 2006**

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| 4. SURG | 12/28/2006 7:30:00 | RM 3 | FRAGOMENO, CATERINA N | 8466922 | 12/07/2002 | TONSILLECTOMY AND ADENOIDECTOMY |
| 4625 SURG | 12/28/2006 11:15:00 | RM 3 | HINRICHS, DONALD P | 7579923 | 05/08/1956 | TONSILLECTOMY AND ADENOIDECTOMY |
| 4671 SURG | 12/28/2006 10:00:00 | RM 3 | NEWTON, JEANETTE L | 3583382 | 09/10/1951 | EXCISION LESION ORAL |
| 4748 SURG | 12/28/2006 8:45:00 | RM 3 | MURDOCH, JOSIAH F | 7623614 | 02/07/2000 | MYRINGOTOMY W/PE TUBE INSERTION BILATERAL |

Pedot v. CCC - No. C 07 3358 JSW
CC 105