## 3.2 - Patients Seen per Clinic Hour, by Provider

### SURGERY GROUPING

#### AUDIOLOGY SPECIALTY

| | Total Clinic Hours | Total Visits Kept | Visits Kept per Clinic Hr | Kept per Hr Goal | Var from Goal | Visits Kept per Clinic Hr Goal | Var from Goal | Visits Kept per Clinic Hr Goal | Var from Goal |
|---|---|---|---|---|---|---|---|---|---|
| **AUDIOLOGY-MART1 - 13007** | 52.00 | 87 | 1.67 | | | 1.56 | | 1.50 | |
| **STAFFING CLASS SPECIALIST** | | | | | | | | | |
| AUDIO, MSPE - 82 | 52.00 | 87 | 1.67 | 2.00 | -0.33 | 1.56 | -0.44 | 1.50 | -0.50 |
| **AUDIOLOGY-PITT - 18007** | 28.00 | 49 | 1.75 | | | 1.47 | | 1.37 | |
| **STAFFING CLASS SPECIALIST** | | | | | | | | | |
| AUDIO, PITT - 83 | 28.00 | 49 | 1.75 | 2.00 | -0.25 | 1.47 | -0.53 | 1.37 | -0.63 |
| **AUDIOLOGY-RICH - 11007** | 0.00 | 0 | N/A | | | 1.25 | | 1.12 | |
| **STAFFING CLASS SPECIALIST** | | | | | | | | | |
| AUDIO, RICH - 84 | 0.00 | 0 | N/A | 2.00 | N/A | 1.25 | -0.75 | 1.12 | -0.88 |

### ENT SPECIALTY

| | Total Clinic Hours | Total Visits Kept | Visits Kept per Clinic Hr | Kept per Hr Goal | Var from Goal | Visits Kept per Clinic Hr Goal | Var from Goal | Visits Kept per Clinic Hr Goal | Var from Goal |
|---|---|---|---|---|---|---|---|---|---|
| **ENT-MART1 - 130020** | 86.50 | 234 | 2.71 | | | 2.59 | | 2.25 | |
| **STAFFING CLASS SPECIALIST** | | | | | | | | | |
| CORCORAN, MARTHA, M.D. - 306480 | 15.25 | 43 | 2.82 | 3.00 | -0.18 | 2.79 | -0.21 | 2.61 | -0.39 |
| KEATING, LIAM, M.D. - 343475 | 44.75 | 119 | 2.66 | 3.00 | -0.34 | 2.64 | -0.36 | 2.16 | -0.84 |
| PETITT, CHARLES, M.D. - 314476 | 26.50 | 72 | 2.72 | 3.00 | -0.28 | 2.38 | -0.62 | 2.08 | -0.92 |
| **ENT-PITT - 180020** | 48.00 | 146 | 3.04 | | | 3.12 | | 2.91 | |
| **STAFFING CLASS SPECIALIST** | | | | | | | | | |
| KEATING, LIAM, M.D. - 343475 | 0.00 | 0 | N/A | 3.00 | N/A | N/A | N/A | 2.00 | -1.00 |
| PETITT, CHARLES, M.D. - 314476 | 48.00 | 146 | 3.04 | 3.00 | 0.04 | 3.12 | -0.12 | 2.92 | -0.08 |
| **ENT-RICH - 110020** | 27.50 | 57 | 2.07 | | | 2.09 | | 1.99 | |

# 3.2 - Patients Seen per Clinic Hour, by Provider

## SURGERY GROUPING

### ENT SPECIALTY

| | Total Clinic Hours | Total Visits Kept | Visits Kept per Clinic Hr | Kept per Hr Goal | Var from Goal | Visits Kept per Clinic Hr | Var from Goal | Visits Kept per Clinic Hr | Var from Goal |
|---|---|---|---|---|---|---|---|---|---|
| **ENT-RICH - 110020** | 27.50 | 57 | 2.07 | | | 2.09 | | 1.99 | |
| **STAFFING CLASS SPECIALIST** | 27.50 | 57 | 2.07 | | | 2.09 | | 1.99 | |
| KEATING, LIAM, M.D. - 343475 | 27.50 | 57 | 2.07 | 3.00 | -0.93 | 2.09 | -0.91 | 2.01 | -0.99 |
| PETTIT, CHARLES, M.D. - 314476 | 0.00 | 0 | N/A | 3.00 | N/A | N/A | N/A | 1.54 | -1.46 |

### GLASSES SPECIALTY

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **GLASSES-MART1 - 130026** | 68.00 | 127 | 1.87 | | | 1.72 | | 1.67 | |
| **STAFFING CLASS SPECIALIST** | 68.00 | 127 | 1.87 | | | 1.72 | | 1.67 | |
| KO, ANITA, M.D. - 306795 | 28.00 | 51 | 1.82 | 1.50 | 0.32 | 1.59 | 0.09 | 1.78 | 0.28 |
| WONG, SHARMAN, M.D. - 126052 | 40.00 | 76 | 1.90 | 1.50 | 0.40 | 1.78 | 0.28 | 1.61 | 0.11 |
| **GLASSES-PIT - 180026** | 56.00 | 84 | 1.50 | | | 1.59 | | 1.61 | |
| **STAFFING CLASS SPECIALIST** | 56.00 | 84 | 1.50 | | | 1.59 | | 1.61 | |
| HANSON, KENNETH, M.D. - 79301 | 24.00 | 27 | 1.13 | 1.50 | -0.37 | 1.48 | -0.02 | 1.54 | -0.04 |
| KO, ANITA, M.D. - 306795 | 32.00 | 57 | 1.78 | 1.50 | 0.28 | 1.73 | 0.23 | 1.69 | 0.19 |
| **GLASSES-RICH - 110026** | 27.50 | 42 | 1.53 | | | 1.61 | | 1.48 | |
| **STAFFING CLASS SPECIALIST** | 27.50 | 42 | 1.53 | | | 1.61 | | 1.48 | |
| KO, ANITA, M.D. - 306795 | 11.50 | 16 | 1.39 | 1.50 | -0.11 | 1.52 | 0.02 | 1.48 | -0.09 |
| WONG, SHARMAN, M.D. - 126052 | 16.00 | 26 | 1.63 | 1.50 | 0.13 | 1.65 | 0.15 | 1.48 | -0.02 |

### MINOR PROCEDURES SPECIALTY

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **MINOR PROC-BREN - 210041** | 3.00 | 3 | 1.00 | | | 1.11 | | 1.40 | |
| **STAFFING CLASS STAFF MD** | 3.00 | 3 | 1.00 | | | 1.11 | | 1.40 | |
| | | | | | N/A | | N/A | | N/A |

# 3.2 – Patients Seen per Clinic Hour, by Provider

## SURGERY GROUPING

### AUDIOLOGY SPECIALTY

| | Total Clinic Hours | Total Visits Kept | Visits Kept per Clinic Hr | Kept per Hr Goal | Var from Goal | Visits Kept per Clinic Hr | Var from Goal | Visits Kept per Clinic Hr | Var from Goal |
|---|---|---|---|---|---|---|---|---|---|
| **AUDIOLOGY-MART1 - 13007** | 52.00 | 87 | 1.67 | | | 1.56 | | 1.50 | |
| **STAFFING CLASS SPECIALIST** | 52.00 | 87 | 1.67 | 2.00 | -0.33 | 1.56 | -0.44 | 1.50 | -0.50 |
| AUDIO, MSPE - 82 | 52.00 | 87 | 1.67 | 2.00 | -0.33 | 1.56 | -0.44 | 1.50 | -0.50 |
| **AUDIOLOGY-PITT - 18007** | 28.00 | 49 | 1.75 | | | 1.47 | | 1.37 | |
| **STAFFING CLASS SPECIALIST** | 28.00 | 49 | 1.75 | 2.00 | -0.25 | 1.47 | -0.53 | 1.37 | -0.63 |
| AUDIO, PITT - 83 | 28.00 | 49 | 1.75 | 2.00 | -0.25 | 1.47 | -0.53 | 1.37 | -0.63 |
| **AUDIOLOGY-RICH - 11007** | 0.00 | 0 | N/A | | | 1.25 | | 1.12 | |
| **STAFFING CLASS SPECIALIST** | 0.00 | 0 | N/A | 2.00 | N/A | 1.25 | -0.75 | 1.12 | -0.88 |
| AUDIO, RICH - 84 | 0.00 | 0 | N/A | 2.00 | N/A | 1.25 | -0.75 | 1.12 | -0.88 |

### ENT SPECIALTY

| | Total Clinic Hours | Total Visits Kept | Visits Kept per Clinic Hr | Kept per Hr Goal | Var from Goal | Visits Kept per Clinic Hr | Var from Goal | Visits Kept per Clinic Hr | Var from Goal |
|---|---|---|---|---|---|---|---|---|---|
| **ENT-MART1 - 130020** | 86.50 | 234 | 2.71 | | | 2.59 | | 2.25 | |
| **STAFFING CLASS SPECIALIST** | 86.50 | 234 | 2.71 | 3.00 | -0.29 | 2.59 | -0.41 | 2.25 | -0.75 |
| CORCORAN, MARTHA, M.D. - 305480 | 15.25 | 43 | 2.82 | 3.00 | -0.18 | 2.79 | -0.21 | 2.61 | -0.39 |
| KEATING, LIAM, M.D. - 343475 | 44.75 | 119 | 2.66 | 3.00 | -0.34 | 2.64 | -0.36 | 2.16 | -0.84 |
| PETTIT, CHARLES, M.D. - 314476 | 26.50 | 72 | 2.72 | 3.00 | -0.28 | 2.38 | -0.62 | 2.08 | -0.92 |
| **ENT-PITT - 180020** | 48.00 | 146 | 3.04 | | | 3.12 | | 2.91 | |
| **STAFFING CLASS SPECIALIST** | 48.00 | 146 | 3.04 | 3.00 | 0.04 | 3.12 | 0.12 | 2.91 | -0.09 |
| KEATING, LIAM, M.D. - 343475 | 0.00 | 0 | N/A | 3.00 | N/A | N/A | N/A | 2.00 | -1.00 |
| PETTIT, CHARLES, M.D. - 314476 | 48.00 | 146 | 3.04 | 3.00 | 0.04 | 3.12 | 0.12 | 2.92 | -0.08 |
| **ENT-RICH - 110020** | 27.50 | 57 | 2.07 | | | 2.09 | | 1.99 | |

# 3.2 – Patients Seen per Clinic Hour, by Provider

## SURGERY GROUPING

### ENT SPECIALTY

#### ENT-RICH - 110020

| | Total Clinic Hours | Total Visits Kept | Visits Kept per Clinic Hr | Kept per Hr Goal | Var from Goal | Visits Kept per Clinic Hr | Var from Goal | Visits Kept per Clinic Hr | Var from Goal |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **STAFFING CLASS SPECIALIST** | 27.50 | 57 | 2.07 | | | 2.09 | | 1.99 | |
| KEATING, LIAM, M.D. - 343475 | 27.50 | 57 | 2.07 | 3.00 | -0.93 | 2.09 | -0.91 | 1.99 | -1.01 |
| PETTI, CHARLES, M.D. - 314476 | 0.00 | 0 | N/A | 3.00 | -0.01 | 2.09 | -0.91 | 2.01 | -0.99 |
| | | | | | | N/A | N/A | 1.54 | -1.46 |

### GLASSES SPECIALTY

#### GLASSES-MART1 - 130026

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 68.00 | 127 | 1.87 | | | 1.72 | | 1.67 | |
| **STAFFING CLASS SPECIALIST** | 68.00 | 127 | 1.87 | 1.50 | 0.37 | 1.72 | 0.22 | 1.67 | 0.17 |
| KO, ANITA, M.D. - 306795 | 28.00 | 51 | 1.82 | 1.50 | 0.32 | 1.59 | 0.09 | 1.78 | 0.28 |
| WONG, SHARMAN, M.D. - 126052 | 40.00 | 76 | 1.90 | 1.50 | 0.40 | 1.78 | 0.28 | 1.61 | 0.11 |

#### GLASSES-PITT - 180026

| | 56.00 | 84 | 1.50 | | | 1.59 | | 1.61 | |
|---|---|---|---|---|---|---|---|---|---|
| **STAFFING CLASS SPECIALIST** | 56.00 | 84 | 1.50 | 1.50 | 0.00 | 1.59 | 0.09 | 1.61 | 0.11 |
| HANSON, KENNETH, M.D. - 79301 | 24.00 | 27 | 1.13 | 1.50 | -0.37 | 1.48 | -0.02 | 1.54 | 0.04 |
| KO, ANITA, M.D. - 306795 | 32.00 | 57 | 1.78 | 1.50 | 0.28 | 1.73 | 0.23 | 1.69 | 0.19 |

#### GLASSES-RICH - 110026

| | 27.50 | 42 | 1.53 | | | 1.61 | | 1.48 | |
|---|---|---|---|---|---|---|---|---|---|
| **STAFFING CLASS SPECIALIST** | 27.50 | 42 | 1.53 | 1.50 | 0.03 | 1.61 | 0.11 | 1.48 | -0.02 |
| KO, ANITA, M.D. - 306795 | 11.50 | 16 | 1.39 | 1.50 | -0.11 | 1.52 | 0.02 | 1.48 | 0.00 |
| WONG, SHARMAN, M.D. - 126052 | 16.00 | 26 | 1.63 | 1.50 | 0.13 | 1.65 | 0.15 | 1.48 | -0.02 |

### MINOR PROCEDURES SPECIALTY

#### MINOR PROC-BREN - 210041

| | 3.00 | 3 | 1.00 | | | 1.11 | | 1.40 | |
|---|---|---|---|---|---|---|---|---|---|
| **STAFFING CLASS STAFF MD** | 3.00 | 3 | 1.00 | N/A | N/A | 1.11 | N/A | 1.40 | N/A |