CONTRA COSTA REGIONAL MEDICAL CENTER &
CONTRA COSTA HEALTH CENTERS

## MARTINEZ HEALTH CENTER
### OUTPATIENT NOTES

6-1-06 → Present

26 cases.
1 Thyroid
1 Laryngectomy

Dr. Corcoran

| DATE | |
|---|---|
| 9-28 | Laryngoscopy |
| 10-3 | Head lesion |
|  | T & A |
| 10/12/06 | T & A |
| 10/14/06 | Node bx. |
| 10/30 | T & A |
| 11/2 * | Thyroid lobot. |
|  | Thyroglossal duct cyst. |
|  * | Laryngectomy. |
| 11/16 | Laryngoscopy. |
|  | Neck node |
| 11/21 | Tonsillect |
| 6/1 | neck node |
|  | Adenoids. |
| 6/21 | nasal fx. |
| 6/22 | Septopl. |
|  | K. brown |
| 7/13 | tongue bx. |
|  | (R) max. antrost. |
| 7/20 | Septoplasty |
| 8/10 | T & A |
|  | Tympanomastoid |
| 8/15 | Myringot |
|  | T & A x2 |
| 8/17 | Tympanomast. |
|  | Pt. absent. |

Pettit v. CCC - No. C 07 3358 JSW
CC 116

CONTRA COSTA HEALTH SERVICES
CONTRA COSTA REGIONAL MEDICAL CENTER

### HISTORY & PHYSICAL

DATE TC    Dr. Keating.

15 CASES
1 Thyroid
1 Radical neck

- 9/7 — Endoscopic Sins.
  Nasal lesion
- 9/15 — Trach.
- 10/19 — Face lesion / flap revision
  (R) Tympanoplasty
- 11/2 — Myringotomy
- 11/7 — Radical neck

- 6/15 — Myringot.
  Thyroid.
- 7/20 — Tympanoplasty.
- 8/3 — Tympanoplasty
- 8/17 — Endoscopic Sins revision
- 8/24 — BMT
  Tymp. mastoid.
  Tymp. revision

**CONTRA COSTA REGIONAL MEDICAL CENTER &
CONTRA COSTA HEALTH CENTERS**

**MARTINEZ HEALTH CENTER**

**OUTPATIENT NOTES**

Dr. PETTIT

40 CASES
1 Frontal sinus trephination
1 Nasal forehead flap
2 Nasal recon (septorhinop...)

| DATE | |
|---|---|
| 5/9 | T) (or) Bx<br>Tympanoplasty<br>Epistaxis control |
| 9/14 | Neck Mass:<br>Tympanoplasty / vent<br>Laryngoscopy / Bx |
| 9/28 | Laryngosc.<br>Trach |
| 10/3 | Nasal Endoscopic Surg. |
| 10/12 | Septoplasty |
| 10/17 | Sinusotomy (multiple)<br>Polypectomy<br>Nasal lesion |
| 10/19 | Frontal Sinus Trephination |
| 10/26 | Ethmoidectomy / Septoplasty / nasal polyps<br>Neck node bx. |
| 4/21 | Myringot.<br>Tonsillectomy |
| 6/1 | nasal pedicle flap: Sq CA |
| 6/8 | Myringot<br>Myring / FB |
| 6/20 | Septorhinoplasty<br>Tympanoplasty |
| 6/22 | Septoplasty |
| 7/13 | Nasal recon - septorhinopl.<br>Septoplasty |
| 7/18 | Myringot. |

Pettit v. CCC - No. C 07 3358 JSW
CC 118

(over)

CONTRA COSTA REGIONAL MEDICAL CENTER &
CONTRA COSTA HEALTH CENTERS

MARTINEZ HEALTH CENTER

OUTPATIENT NOTES

| DATE | |
|---|---|
| 7/18 | Septoplasty, myringotomy |
| 7/27 | BMT, ear lescion c̄ graft, septoplasty c̄ graft |
| 7/28 | Direct laryngosc., Septoplasty |
| 8/1 | 7/13 chin/cheek |
| 8/3 | Ⓡ parotid (Assist) |
| 8/10 | Laryngoscopy |
| 8/16 | neck mass bx., I & D peritonsillar Absc. |
| 8/24 | D.M laryngosc./ polyp/cyst, D. Laryngosc. |