Case Search Report

# Case Search Report for
## CORCORAN, MARTHA MD
### 6/1/2006 to 12/5/2006

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| **Thursday, June 1, 2006** | | | | | | |
| 4435 SURG | 6/1/2006 8:30:00 | RM 3 | HARDAWAY, DANIEL R | 9398694 | 07/25/1992 | EXCISION MASS NECK RIGHT |
| 4455 SURG | 6/1/2006 7:30:00 | RM 3 | GOMEZ, CRISTIAN A | 7764541 | 08/09/2000 | ADENOIDECTOMY |
| **Tuesday, June 6, 2006** | | | | | | |
| 4483 SURG | 6/6/2006 14:00:00 | RM 2 | LYNAH, NATASHA L | 7409352 | 04/27/1972 | I & D /ACH LEFT SIDE |
| **Thursday, June 15, 2006** | | | | | | |
| 4472 LAST | 6/15/2006 9:00:00 | RM 1 | JONES, LOUISE M | 2631273 | 08/28/1952 | THYROIDECTOMY TOT |
| 4494 SURG | 6/15/2006 13:00:00 | RM 1 | MONZO, CATHERINE A | 3875069 | 11/12/1950 | TRACHEOSTOMY |
| **Wednesday, June 21, 2006** | | | | | | |



CONTRA COSTA HEALTH SERVICE



Potter v CCC - No. C07 3358 JSW
CC 106

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | Scheduled Procedure(s): |
|---|---|---|---|---|---|
| **Thursday, June 22, 2006** | | | | | |
| 4371 SURG | 6/21/2006 10:00:00 | RM 3 | HILTON, MONTREAL D | 5063490 | 04/14/1989 C.R. NASAL FX |
| **Thursday, June 22, 2006** | | | | | |
| SURG | 6/22/2006 7:30:00 | RM 1 | SAMADI, NAZIR | 7139538 | 07/22/1989 SEPTOPLASTY REVISION |
| **Thursday, June 29, 2006** | | | | | |
| 44468 SURG | 6/29/2006 7:30:00 | RM 1 | GAVIRIA, JOE | 9028945 | 06/19/1989 SUBMANDIBULAR GLAND EXCISION LEFT |
| 44680 LAST | 6/29/2006 9:30:00 | RM 1 | KOCHEVAR, LORI A | 5653936 | 06/10/1967 THYROIDECTOMY TOT |
| **Monday, July 3, 2006** | | | | | |
| 45195 SURG | 7/3/2006 17:30:00 | RM 1 | PERKINS, ROSETTA | 1469428 | 01/19/1957 TRACHEOSTOMY |
| **Thursday, July 6, 2006** | | | | | |
| 44225 SURG | 7/6/2006 7:30:00 | RM 2 | GRAY, ROBERT L | 7119563 | 11/17/1937 LARYNGOSCOPY DIRECT W/LASER |
| 44768 LAST | 7/6/2006 9:00:00 | RM 2 | HONABLE, NIKITA R | 775387 | 02/10/1961 THYROIDECTOMY TOT |
| **Thursday, July 13, 2006** | | | | | |

| Case # | | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|---|
| 44837 SURG | | 7/13/2006 12:30:00 | RM 2 | MEDINA, CESAR | 6672968 | 09/20/1996 | EPISTAXIS CONTROL |
| 45200 SURG | | 7/13/2006 13:30:00 | RM 1 | STEWART, JASIMNE | 9479767 | 04/18/2001 | FOREIGN BODY EAR BILATERAL |
| 45205 SURG | | 7/13/2006 14:45:00 | RM 2 | CASE, ROGER D | 3245107 | 10/12/1943 | LARYNGOSCOPY DIRECT WITH BIOPSY |
| 45259 SURG | | 7/13/2006 16:00:00 | RM 2 | PHAM, GUONG | 9400540 | 01/01/1930 | ENDOSCOPIC SINUS PROCEDURE LEFT |
| **Thursday, July 20, 2006** | | | | | | | |
| 44845 SURG | | 7/20/2006 7:30:00 | RM 1 | NAZARIO, RAFAEAL | 6378590 | 08/25/1965 | * MYRINGOTOMY W/PE TUBE INSERTION RIGHT-FACIAL |
| 45.. SURG | | 7/20/2006 11:30:00 | RM 1 | STRINGER, CAROLYN J | 3455482 | 04/10/1939 | SEPTOPLASTY BILATERAL |
| **Tuesday, August 1, 2006** | | | | | | | |
| 45107 SURG | | 8/1/2006 9:45:00 | RM 3 | STUBBS, WILLIAM B | 8436800 | 01/16/1958 | * EXCISION LESION FACE LEFT |
| **Thursday, August 3, 2006** | | | | | | | |
| 44338 | | | | | | | |

Petté v. CCC - No. C 07 3358 JSW
CC 108

12/5/200  5:22:22PM

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| 1ASST | 8/3/2006 11:00:00 | RM 1 | SIMMONS, WILLIE | 8495038 | 07/08/1942 | PAROTIDECTOMY |
| **Thursday, August 10, 2006** | | | | | | |
| 4484 SURG | 8/10/2006 9:00:00 | RM 2 | GRUBB, SAMUEL S | 5911821 | 06/13/1943 | TYMPANO MASTOIDECTOMY LEFT |
| 4504 SURG | 8/10/2006 7:30:00 | RM 2 | LOPEZ, JESUS | 8934879 | 07/04/2004 | TONSILLECTOMY AND ADENOIDECTOMY BILATERAL |
| **Monday, August 14, 2006** | | | | | | |
| 45772 SURG | 8/14/2006 11:30:00 | RM 3 | CHAVEZ, REYNA E | 7055395 | 02/12/1962 | EXCISION LESION NECK right |
| **Tuesday, August 15, 2006** | | | | | | |
| 45396 SURG | 8/15/2006 11:15:00 | RM 3 | GROGAN, AMOROUS J | 9119199 | 08/03/1988 | TONSILLECTOMY AND ADENOIDECTOMY BILATERAL |
| 4544 SURG | 8/15/2006 10:30:00 | RM 3 | LONG, ASHLEY L | 6739056 | 12/25/1996 | *TONSILLECTOMY AND ADENOIDECTOMY RIGHT BILATERAL |
| 4564 SURG | 8/15/2006 7:30:00 | RM 3 | TOSCANO, ADELINA S | 9229188 | 05/03/2004 | MYRINGOTOMY W/PE TUBE INSERTION BILATERAL |
| **Thursday, August 17, 2006** | | | | | | |

Case Senion Report

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| 45278 SURG | 8/17/2006 9:30:00 | RM 2 | OCHOA, GUILLERMIN | 5053392 | 02/08/1962 | TYMPANO MASTOIDECTOMY RIGHT |
| Thursday, September 7, 2006 | | | | | | |
| 45505 SURG | 9/7/2006 11:30:00 | RM 1 | TALMADGE, DODJI | 4451266 | 05/18/1965 | I & D MAXILLA LEFT |
| Saturday, September 9, 2006 | | | | | | |
| 46101 SURG | 9/9/2006 21:31:00 | RM 1 | NELSON, JOEY | 6914352 | 09/05/1981 | FOREIGN BODY LAR RIGHT |
| 45334 1ASST | 9/21/2006 7:30:00 | RM 3 | EVERETT, LENNON L | 624825 | 11/22/1956 | EXCISION LESION ORAL |
| Thursday, September 21, 2006 | | | | | | |
| 45682 SURG | 9/28/2006 9:30:00 | RM 3 | KING, ROBERT A | 7947922 | 07/30/1964 | EXCISION LESION FACE RIGHT FACIAL LESION |
| 46621 SURG | 9/28/2006 13:45:00 | RM 3 | GRAY, ROBERT L | 7119563 | 11/17/1937 | LARYNGOSCOPY, DIRECT W/LASER |
| 46687 1ASST | 9/28/2006 7:30:00 | RM 3 | GORDON, BARGE | 3054590 | 04/17/1950 | * LARYNGOSCOPY |
| Thursday, September 28, 2006 | | | | | | |

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| **Tuesday, October 3, 2006** | | | | | | |
| 4613~3 SURG | 10/3/2006 11:30:00 | RM 2 | MIMS, LAYNEE B | 7415631 | 10/16/1992 | TONSILLECTOMY AND ADENOIDECTOMY |
| **Thursday, October 12, 2006** | | | | | | |
| 4662~7 SURG | 10/12/2006 13:00:00 | RM 2 | LOPEZ, MIGUEL | 8273195 | 04/21/2002 | TONSILLECTOMY AND ADENOIDECTOMY FULGERATION OF ADENOIDS |
| 45~~ LAST | 10/12/2006 9:00:00 | RM 2 | JOHNSON, KARIN D | 3113230 | 10/05/1954 | THYROIDECTOMY TOT |
| **Saturday, October 14, 2006** | | | | | | |
| 4673~1 SURG | 10/14/2006 15:19:00 | RM 1 | WEBSTER, WILLIE | 9579244 | 07/06/1939 | * TRACHEOSTOMY |
| **Monday, October 16, 2006** | | | | | | |
| 4668~8 SURG | 10/16/2006 11:00:00 | RM 1 | AYALA, RIGOBERTO H | 6584098 | 06/22/1965 | LYMPH NODE BX NECK LEFT |
| **Monday, October 30, 2006** | | | | | | |
| 4684~1 SURG | 10/30/2006 9:00:00 | RM 2 | CURTIS, DANIEL G | 6926182 | 09/13/1997 | MYRINGOTOMY W/PE TUBE INSERTION BILATERAL |
| **Tuesday, October 31, 2006** | | | | | | |

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| 46443 SURG | 10/31/2006 7:30:00 | RM 2 | PHAM, CUONG | 9400540 | 01/01/1930 | * I & D MAXILLA ENDOSCOPIC LEFT MAXILLARY SINUS DRAINAGE |

**Thursday, November 2, 2006**

| 46128 SURG | 11/2/2006 7:30:00 | RM 1 | BAGLIO, RALPH J | 7059280 | 08/18/1950 | THYROID LOBECTOMY RIGHT-ISTHMUSECTOMY |
| 46493 SURG | 11/2/2006 13:00:00 | RM 1 | BLAKELY, KEITH R | 5702204 | 11/19/1967 | THYROGLOSSAL DUCT CYST EXC EXCISION SUBMENTAL MASS |

**Tuesday, November 7, 2006**

| 46627 LAST | 11/7/2006 7:30:00 | RM 1 | SUMANDAL, ANDREW P | 1996941 | 08/02/1952 | * RADICAL NECK DISSECTION |

**Thursday, November 9, 2006**

| 46?5 SURG | 11/9/2006 7:30:00 | RM 3 | DEAN, STEPHANIE M | 6686604 | 12/02/1965 | * TONSILLECTOMY |

**Monday, November 13, 2006**

| 47?5 | 11/13/2006 12:00:00 | RM 2 | ALVARADO, ANGEL | 9601071 | 01/21/1963 | LARYNGOSCOPY WITH BIOPSY & CULTURE |

**Thursday, November 16, 2006**

Pham v. CCC - No. C 07 3358 JSW
CC 112

Case Seen Us Report

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| SURG | 11/16/2006 10:30:00 | RM 3 | SKYLES, JENNIFER A | 8124414 | 07/25/1947 | * LARYNGOSCOPY bilateral ears with cleaning DIRECT |

Tuesday, November 21, 2006

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| 47687 SURG | 11/21/2006 9:45:00 | RM 3 | BAILEY, RAQUEL B | 5243811 | 06/07/1990 | * TONSILLECTOMY POSSIBLE BILATERAL |
| 47613 SURG | 11/21/2006 15:00:00 | RM 1 | GUILLEN, JOSE M | 9606781 | 10/07/1978 | I & D FACE NOSE AND LABIAL |

Thursday, November 30, 2006

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| 47608 SURG | 11/30/2006 10:15:00 | RM 2 | WESLEY, CLARISSA A | 7353121 | 06/01/1967 | LYMPH NODE BX NECK RIGHT |
| 4... LAST | 11/30/2006 7:30:00 | RM 2 | SETTER, KAREN | 9573247 | 06/26/1944 | * LARYNGOSCOPY |
| 47380 LAST | 11/30/2006 8:45:00 | RM 2 | AREVALO, DAVID P | 6782882 | 07/06/1969 | TRACHEOSTOMY |

Tuesday, December 5, 2006

| Case # | Schedule Start Time | Room # | Patient Name | MRN #: | DOB: | Scheduled Procedure(s): |
|---|---|---|---|---|---|---|
| 47005 SURG | 12/5/2006 10:45:00 | RM 1 | OCHOA, GUILLERMIN | 5053392 | 02/08/1962 | TYMPANOPLASTY RIGHT |