RAND L. STEPHENS, SBN 117229
LAW OFFICES OF RAND L. STEPHENS
1155-C ARNOLD DR. #278
MARTINEZ, CA  94553
(510)232-9335
Facsimile: (510)232-4633
Email: rand@randslaw.com

RICHARD N. KOSS, SBN 251351
570 EL CAMINO REAL STE 150-340
REDWOOD CITY, CA  94063
(650)722-7046
Facsimile: (650)592-3871
E-mail: richard@rkosslaw.com

Attorneys for Plaintiff:
C. ROBERT PETTIT, M.D.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C. ROBERT PETTIT, M.D.,<br><br>    Plaintiff,<br><br>  vs.<br>CONTRA COSTA MEDICAL SERVICES REGIONAL MEDICAL CENTER and DOES ONE THROUGH TWENTY, Inclusive<br><br>    Defendants | Case No.: C 07 3358 JSW<br><br>**STIPULATION AND ORDER TO ALLOW AGREED DATES FOR FILING RESPONSE AND REPLY BRIEFS** |

**STIPULATION**

PLEASE TAKE NOTICE THAT the Law Offices of Rand L. Stephens, attorneys for the Plaintiff C. ROBERT PETTIT, M.D., and the associated firm, Richard N. Koss, as attorney of record for Plaintiff C. ROBERT PETTIT, M.D. and Defendant, by and through their attorneys, Contra Costa County Counsel and Deputy, Janet L. Holmes, agree to the following Stipulation regarding the filing dates for briefs for the pending Motion for Summary Judgment filed by Defendant:

STIPULATION AND ORDER  - 1

1. Plaintiff's responsive brief may be filed Monday, August 4, 2008; and

2. Defendant's reply brief may be filed August 11, 2008.

Dated: August 4, 2008:

/s/
_____
Richard N. Koss, Attorney for Plaintiff

/s/
_____
Janet L. Holmes, Deputy County Counsel, Attorney for Defendant

**ORDER**

Based of the Stipulation of counsel and for good cause therefore,

IT IS ORDERED:

That Plaintiff file his responsive brief to the motion no later than August 4, 2008 and that Defendant file its brief no later than August 11, 2008 by noon.

DATED: August _5_, 2008

By: _/s/ Jeffrey S. White_____
JEFFREY S. WHITE,
Judge of the U.S. District Court
Northern District of California

STIPULATION AND ORDER - 2