IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

C. ROBERT PETTIT, M.D.,

    Plaintiff,

v.

CONTRA COSTA MEDICAL SERVICES REGIONAL MEDICAL CENTER, and DOES 1 THROUGH 20,

    Defendants.

_____/

No. 07-03358 JSW

**JUDGMENT**

    Pursuant to the Order entered on August 19, 2008, granting Defendants' motion for summary judgment as to Plaintiff's ADEA claim and dismissing Plaintiff's remaining state-law claims without prejudice to Plaintiff refiling them in state court, this action is DISMISSED. The Clerk is directed to close the file.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: August 21, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE