⬥AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern  District of California

| | |
|---|---|
| C. ROBERT PETTIT, M.D., | ) |
| | ) |
| v. | )  Case No.: c 07-3358 JSW |
| | ) |
| CONTRA COSTA MEDICAL SERVICES, ET AL. | ) |
| | ) |

## Bill of Costs

Judgment having been entered in the above entitled action  <u>08/19/2008</u>  against  <u>C. ROBERT PETTIT, M.D.</u> ,

                                                                                        Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $    0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 828.86 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | 12.30 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| TOTAL    $ | 841.16 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓]    Electronic service by e-mail as set forth below and/or.

[ ]    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:    _____

Name of Attorney:    JANET L. HOLMES, DEPUTY COUNTY COUNSEL

For:  DEFENDANT, CONTRA COSTA MEDICAL SERVICES, ET AL.                         Date:    09/03/2008

                    Name of Claiming Party

Costs are taxed in the amount of  _____  and included in the judgment.

                                            By: _____

_____                  _____                  _____
Clerk of Court                                        Deputy Clerk                                                    Date

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Zandonella Reporting Service, Inc.
2321 Stanwell Drive
P. O. Box 4107
Concord, CA 94524-4107
(925) 685-6222   Fax  (925) 685-3829

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 407851 | 05/29/2008 | 01-59476 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/22/2008 | HOOPCH | C07-3358 JSW |

| CASE CAPTION |
|---|
| C. Robert Pettit, M.D., vs Contra Costa Medical Services |

| TERMS |
|---|
| Due upon receipt |

Janet Holmes
Office of the County Counsel
651 Pine Street, 9th Floor
Martinez, CA 94553

RECEIVED

MAY 2 9 2008

COUNTY COUNSEL
MARTINEZ CALIF.

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Jeffrey V. Smith, M.D.              56 Pages @      1.95/Page        109.20

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Martha Corcoran, M.D.              62 Pages @      1.95/Page        120.90

1 CERTIFIED COPY OF TRANSCRIPT OF:
  William L. Keating, M.D.           33 Pages @      1.95/Page         64.35
           Hand Delivery                                               8.75

                                      TOTAL   DUE   >>>>              303.20

FOR BILLING INQUIRIES PLEASE CALL (925) 685-6222. WE NOW ACCEPT AMEX, MC AND VISA.
```

OK to pay
JLH
rec'd by 6/30/08
(or 6/30/08
from KO

TAX ID NO. :  94-1644145                    (925) 335-1800    Fax (925) 335-1866

*Please detach bottom portion and return with payment.*

Janet Holmes
Office of the County Counsel
651 Pine Street, 9th Floor
Martinez, CA 94553

```
Invoice No.:  407851
Date         :  05/29/2008
TOTAL DUE   :     303.20


Job No.    :  01-59476
Case No.   :  C07-3358 JSW
C. Robert Pettit, M.D., vs Contra Co
```

Remit To:    **Zandonella Reporting Service, Inc.**
             **2321 Stanwell Drive**
             **P. O. Box 4107**
             **Concord, CA 94524-4107**

Zandonella Reporting Service, Inc.
2321 Stanwell Drive
P. O. Box 4107
Concord, CA 94524-4107
(925) 685-6222   Fax (925) 685-3829

RECEIVED

JUN 1 2 2008

COUNTY COUNSEL
MARTINEZ CALIF.

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 407966 | 06/12/2008 | 01-59514 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/29/2008 | DOYL40 | C07-3358 JSW |

| CASE CAPTION |
|---|
| C. Robert Pettit, M.D., vs Contra Costa Medical Services |

| TERMS |
|---|
| Due upon receipt |

Janet L. Holmes
County of Contra Costa
651 Pine Street, 12th Floor
Martinez, CA 94553

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Dr. Ramon Berguer              28 Pages @       1.95/Page        54.60
      EXHIBITS                    15 Pages @        .25/Page         3.75
      Hand Delivery                                                  8.75
      SALES TAX                                                       .31
                                                                 _____
                                      TOTAL   DUE  >>>>             67.41

                                 AFTER 07/12/2008 PAY              74.12

FOR BILLING INQUIRIES PLEASE CALL (925) 685-6222. WE NOW ACCEPT AMEX, MC AND VISA.
```

OK to pay
JLH

TAX ID NO.: 94-1644145                                    (925) 335-1892

*Please detach bottom portion and return with payment.*

Janet L. Holmes
County of Contra Costa
651 Pine Street, 12th Floor
Martinez, CA 94553

```
Invoice No.:  407966
Date      :  06/12/2008
TOTAL DUE :     67.41
AFTER 7/12/2008 PAY : 74.12


Job No.   :  01-59514
Case No.  :  C07-3358 JSW
C. Robert Pettit, M.D., vs Contra Co
```

Remit To:     **Zandonella Reporting Service, Inc.**
              **2321 Stanwell Drive**
              **P. O. Box 4107**
              **Concord, CA 94524-4107**

Zandonella Reporting Service, Inc.
2321 Stanwell Drive
P. O. Box 4107
Concord, CA 94524-4107
(925) 685-6222   Fax (925) 685-3829

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 407704 | 05/15/2008 | 01-59435 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/12/2008 | VASTJU | C07-3358 JSW |

| CASE CAPTION | | |
|---|---|---|
| C. Robert Pettit, M.D., vs Contra Costa Medical Services | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

RECEIVED

MAY 1 6 2008

COUNTY COUNSEL
MARTINEZ CALIF.

Janet Holmes
Office of the County Counsel
651 Pine Street, 9th Floor
Martinez, CA 94553

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Charles Robert Pettit              90 Pages @      3.95/Page       355.50
        REPORTER ATTENDANCE                                             80.00
        Certification - Original                                       14.00
        Hand Delivery                                                   8.75
                                                                     ----------
                                       TOTAL   DUE   >>>>              458.25

FOR BILLING INQUIRIES PLEASE CALL (925) 685-6222. WE NOW ACCEPT AMEX, MC AND VISA.
```

*OK to pay JH*

TAX ID NO. : 94-1644145                                    (925) 335-1800    Fax (925) 335-1866

*Please detach bottom portion and return with payment.*

Janet Holmes
Office of the County Counsel
651 Pine Street, 9th Floor
Martinez, CA 94553

```
Invoice No.:  407704
Date      :  05/15/2008
TOTAL DUE :     458.25


Job No.   :  01-59435
Case No.  :  C07-3358 JSW
C. Robert Pettit, M.D., vs Contra Co
```

Remit To:   **Zandonella Reporting Service, Inc.**
            **2321 Stanwell Drive**
            **P. O. Box 4107**
            **Concord, CA 94524-4107**